JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

1:23cv306 TBM-RPM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

FILED
NOV 03 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

## I. (a) PLAINTIFFS
Katrina Danielle Mateen

**DEFENDANTS**
City of Gulfport and Kenneth Nassar

**(b)** County of Residence of First Listed Plaintiff: Harrison
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Harrison
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se    111 North Lang Avenue, Long Beach, MS 39560

Attorneys *(If Known)*
Jeffrey S. Bruni, City Attorney, City of Gulfport

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 440 Other Civil Rights

## V. ORIGIN
[x] 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 USC Sec. 1441 (42 USC Sec. 1983)
Brief description of cause: Allegations of Wrongful Death

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: November 3, 2023
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 1607    AMOUNT $402.00