UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF ASSIGNMENT

Date case was filed:   November 3, 2023

Your case against City of Gulfport, et al has been assigned Civil Action No. 1:23cv306

TBM-RPM and has been referred to the following Judges:

| _District Judge_ | _Magistrate Judge_ |
| --- | --- |
| ☐ Henry T. Wingate | ☐ Michael T. Parker |
| ☐ Daniel P. Jordan III | ☐ F. Keith Ball |
| ☐ Sul Ozerden | ☐ Bradley W. Rath |
| ☐ Carlton W. Reeves | X Robert P. Myers, Jr. |
| ☐ Kristi H. Johnson | ☐ LaKeysha Greer Isaac |
| X Taylor B. McNeel | |
| ☐ David Bramlette, III (Senior Judge) | |
| ☐ Tom S. Lee (Senior Judge) | _Division_ |
| ☐ Louis Guirola, Jr. (Senior Judge) | Clerk's Office, Southern Division |
| ☐ Keith Starrett (Senior Judge) | 2012 15th Street, Suite 403 |
| | Gulfport, MS   39501 |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.   If you do not send an extra copy of the documents and a stamped self-addressed envelope, this Court will be unable to return a copy to you.

NOTICE FOR CHANGE OF ADDRESS:   When there is a change of address for the plaintiff, the plaintiff must notify this Court in writing in a separate document with the following specific information:   (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP

_Rev. 01/2021_