IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION



KATRINA DANIELLE MATEEN

                  **Plaintiff,**

                  HON: TAYLOR B. McNEEL

                  MAG. ROBERT P. MYERS, Jr.,

v.                   Case No. 1:23-CV- 00306

CITY OF GULFPORT AND

KENNETH NASSAR

                  **Defendants.**

**~~MOTION~~ Response IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Katrina Danielle Mateen | Jeffery S. Bruni (No.9573) |
| *In Pro Per* | *Gulfport City Attorney* |
| 111 N. Lang Ave | P.O. Box 1780 |
| Long Beach, MS 39560 | Gulfport, MS 39502 |
| Ph. (228)-383-1663 | Ph. (228)-868-5811 |

***NOW COMES, KATRINA DANIELLE MATEEN,*** by and through her ~~motion~~ Response in opposition to defendants motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), and for summary judgment pursuant to Fed. R. Civ. P. 56, and states the following:

1

1). The Defendant City of Gulfport, has moved the Federal District Court, to dismiss this wrongful death lawsuit. The plaintiff objects an ask this Court to give the plaintiff additional time to research the response.

2). The December 3, 2023, Affidavit of Eyewitness Kimberly Westmoreland, who was the Manager at the Family Dollar Store, when Jeheim McMillan, was shot and killed by the Gulfport Police Department. See (Attached Affidavit of Kimberly Westmoreland).

3). On November 13, 2023, the defendant City of Gulfport, then filed a "Notice of Removal" to Attempt to have the plaintiff complaint improperly dismissed. (at p.2).

## RELIEF REQUESTED

**WHEREFORE,** the foregoing reasons the Plaintiff Katrina Danielle Mateen, respectfully moves this Honorable Court, to grant her ~~motion~~ Response in opposition to defendants motion to dismiss and for summary judgment.

Respectfully Submitted,

*[signature: Katrina Mateen]*

Katrina Danielle Mateen                                                          Dated: 12-26-23
***In Pro Per***
111 N. Lang Ave
Long Beach, MS 39560
Ph. (228)-383-1663