IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

KATRINA DANIELLE MATEEN

**Plaintiff,**

HON: TAYLOR B. McNEEL

MAG. ROBERT P. MYERS, Jr.,

v.

Case No. 1:23-CV- 00306

CITY OF GULFPORT AND

KENNETH NASSAR

**Defendants.**

STATE OF MISSISSIPPI

HARRISON COUNTY

### AFFIDAVIT OF EYEWITNESS KIMBERLY WESTMORELAND

Katrina Danielle Mateen
*In Pro Per*
111 N. Lang Ave
Long Beach, MS 39560
Ph. (228)-383-1663

Jeffery S. Bruni (No.9573)
*Gulfport City Attorney*
P.O. Box 1780
Gulfport, MS  39502
Ph. (228)-868-5811

I, **KIMBERLY WESTMORELAND**, being first duly sworn under the penalty of perjury, pursuant to 28 U.S.C. § 1746, says that affiant makes this affidavit upon personal knowledge of the facts that occurred on October 6, 2022, at the Family Dollar Store, located at 1016 Pass Road, in Gulfport, Mississippi 39501. The affiant states the following:

1

1). On October 6, 2022, the affiant Kimberly WestMoreLand, was the Manager of the Family Dollar, located at 1016 Pass Road, in Gulfport, Mississippi 39501, at the time Jeheim McMillan, was shot and killed by the Gulfport Police Officer, Kenneth Nassar.

2). On October 6, 2022, the affiant Kimberly WestMoreLand, right after Jeheim McMillan, was shot took several pictures of the injuried victim of which five (5) of those pictures are attached to this affidavit as (Exhibits 1, 2,3,4, and 5), that clearly shows that at the time the victim was shot, like moments after Jeheim McMillan, did not have a gun.

3). On October 6, 2022, affiant Kimberly WestMoreLand, states that right after the shooting, she started taking pictures and after the other officers arrived, they made her move back from the door but maybe after 10 minutes maybe 5 minutes they allowed her to go back to the door and she took another picture and that's when the gun was there. Affiant said after Jaheim was shot his face was facing towards the store, so basically he was looking inside the store, and they moved his body position from the way it was. Review the pictures that are attached to this affidavit as (Exhibits 1,2,3,4, and 5).

4). The affiant Kimberly WestMoreLand, is competent to testify in any Court of Law in the United States where her testimony is required to the facts contained in this affidavit, in which she has personal knowledge of.

AFFIANT SAYS NOTHING FURTHER

Kimberly WestMoreLand
1016 Pass Road
Gulfport, Mississippi 39501
(228)-437-2052

_____
**NOTARY PUBLIC**

Subscribed and Sworn to before me

This rd day of December, 2023.

_____

**MY COMMISSION EXPIRES:**

[Notary Seal: STATE OF MISSISSIPPI, BEVERLY HALL, NOTARY PUBLIC, ID No. 229791, Commission Expires August 26, 2024, HARRISON COUNTY]

3