





PLAINTIFF'S EXHIBIT 3