





PLAINTIFF'S EXHIBIT 5