IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



KATRINA DANIELLE MATEEN,

      **Plaintiff,**

Civil Action No.: 1:23-CV-00306-TBM-RPM

v.

City of Gulfport, and Kenneth Nassar

      **Defendants.**

| | |
|---|---|
| Katrina Danielle Mateen<br>*In Pro Per*<br>12069 George Street<br>Gulfport, MS 39503<br>Ph. (228)-383-1663 | Jeffrey S. Bruni<br>*City of Gulfport*<br>City Attorney's Office<br>P.O. Box 1780<br>Gulfport, MS 39502-1780<br>Ph. (228)-868-5811 |

## MOTION TO COMPEL THE DEFENDANTS TO PRODUCE THE DISCOVERY DOCUMENTS SO THE PLAINTIFF CAN RESPOND TO DEFENDANTS' MOTIONS

**NOW COMES,** the Plaintiff Katrina Danielle Mateen, by and through her motion to compel, pursuant to MRCP 34(F), the Defendants to produce the discovery, MRCP 26(a); and 26(b)(1)(2) and (3), documents so the plaintiff can respond to defendants' motions.

1

## RELIEF REQUESTED

**WHEREFORE,** the foregoing reasons the plaintiff respectfully moves this Honorable Court, to grant her **MOTION TO COMPEL THE DEFENDANTS TO PRODUCE THE DISCOVERY DOCUMENTS SO THE PLAINTIFF CAN RESPOND TO DEFENDANTS' MOTIONS**

*[Signature]*
Respectfully Submitted,

Katrina Danielle Mateen
*In Pro Per*
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

Dated: June 10, 2024

## PROOF OF SERVICE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

I, Katrina Danille Mateen, being first duly sworn says that on *Monday, June 10, 2024,* she served upon the Clerk of the court, United States District Court, her: (1). Motion to compel the defendants to produce the discovery documents so the plaintiff can respond to defendants' motions; and (2). Proof of service, by serving a true copy of same upon Jeffrey S. Bruni, City Attorney's office, at P.O. Box 1780, in Gulfport, MS 39502-1780, by placing same into U.S. Mail with first class postage attached thereon for delivery.

Respectfully Submitted,
*[Signature]*
Katrina Danielle Mateen
*In Pro Per*
12069 George Street
Gulfport, MS 39503

Dated: June 10, 2024

Ph. (228)-383-1663