IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION



KATRINA DANIELLE MATEEN,

         **Plaintiff,**

                                Civil Action No.: 1:23-CV-00306-TBM-RPM

v.

City of Gulfport, and Kenneth Nassar

         **Defendants.**

| | |
|---|---|
| Katrina Danielle Mateen | Jeffrey S. Bruni |
| *In Pro Per* | *City of Gulfport* |
| 12069 George Street | City Attorney's Office |
| Gulfport, MS 39503 | P.O. Box 1780 |
| Ph. (228)-383-1663 | Gulfport, MS 39502-1780 |
| | Ph. (228)-868-5811 |

**MOTION TO STRIKE THE DEFENDANTS JUNE 7, 2024, PLEADING TO SERVE SUBPOENAS TO BANKS**

**NOW COMES,** the Plaintiff Katrina Danielle Mateen, by and through her motion to strike, pursuant to Federal Rules of Civil Procedures 12 (f) the defendants June 7, 2024, pleading to serve subpoenas to banks, for the following reasons:

1). The material sought by the defendants from these banks are immaterial to whether Officer/Sgt. Kenneth Nassar, shot and murdered by son Jehemi McMillan, on October 6, 2022.

1

2). The defendants continue to avoid providing the plaintiff with the discovery documents requested in order that the truth may finally be known as to why Officer/Sgt. Kenneth Nassar, took it upon himself to shoot and murder a 15 year old children on October 6, 2022.

3). The court must realize that defendants have a lot to hide and this is why defendants continue to stall to distract attention or make excuses to gain time from having this case solved. If there is nothing to hide then provide the discovery.

### RELIEF REQUESTED

**WHEREFORE,** the foregoing reasons the plaintiff respectfully moves this Honorable Court, to grant her **MOTION TO STRIKE THE DEFENDANTS JUNE 7, 2024, PLEADING TO SERVE SUBPOENAS TO BANKS**

Respectfully Submitted,

*Katrina Danielle Mateen*
**In Pro Per**
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

Dated: July 11, 2024

## PROOF OF SERVICE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

I, Katrina Danille Mateen, being first duly sworn says that on **Thursday, July 11, 2024,** she served upon the Clerk of the court, United States District Court, her: (1). **MOTION TO STRIKE THE DEFENDANTS JUNE 7, 2024, PLEADING TO SERVE SUBPOENAS TO BANKS** ; and (2). Proof of service, by serving a true copy of same upon Jeffrey S. Bruni, City Attorney's office, at P.O. Box 1780, in Gulfport, MS 39502-1780, by placing same into U.S. Mail with first class postage attached thereon for delivery.

Respectfully Submitted,

Katrina Danielle Mateen
*In Pro Per*
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

Dated: July 11, 2024