IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

KATRINA DANIELLE MATEEN,

        **Plaintiff,**



Civil Action No.: 1:23-CV-00306-TBM-RPM

v.

City of Gulfport, and Kenneth Nassar

        **Defendants.**

| | |
|---|---|
| Katrina Danielle Mateen | Jeffrey S. Bruni |
| *In Pro Per* | *City of Gulfport* |
| 12069 George Street | City Attorney's Office |
| Gulfport, MS 39503 | P.O. Box 1780 |
| Ph. (228)-383-1663 | Gulfport, MS 39502-1780 |
| | Ph. (228)-868-5811 |

## MOTION FOR A COURT ORDER TO COMPEL THE CITY OF GULFPORT TO RELEASE THE DECEASE JAHEIM McMILLAN CELL PHONE CLOTHING MONEY AND ANY OTHER ITEMS BELONGING TO HIM

**NOW COMES,** the Plaintiff Katrina Danielle Mateen, by and through her motion for a court order, pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport to release the decease Jaheim McMillan, cell phone, clothing, money, and any other items belonging to him.

## RELIEF REQUESTED

**WHEREFORE,** the foregoing reasons the plaintiff respectfully moves this Honorable Court, to grant her motion for a court order, pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport to release the decease Jaheim McMillan, cell phone, clothing, money, and any other items belonging to him.

Respectfully Submitted,

Katrina Danielle Mateen
*In Pro Per*
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

Dated: July 15, 2024

## PROOF OF SERVICE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

I, Katrina Danille Mateen, being first duly sworn says that on *Monday, July 15, 2024,* she served upon the Clerk of the court, United States District Court, her: (1) motion for a court order, pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport to release the decease Jaheim McMillan, cell phone, clothing, money, and any other items belonging to him; and (2). Proof of service, by serving a true copy of same upon Jeffrey S. Bruni, City Attorney's office, at P.O. Box 1780, in Gulfport, MS 39502-1780, by placing same into U.S. Mail with first class postage attached thereon for delivery.

Respectfully Submitted,

*signature*

Katrina Danielle Mateen
***In Pro Per***
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

Dated: July 15, 2024

3