IN THE UNITED STATES DISTRICT COURT

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**SOUTHERN DIVISION**

KATRINA DANIELLE MATEEN,

**Plaintiff,**



Civil Action No.: 1:23-CV-00306-TBM-RPM

v.

City of Gulfport, and Kenneth Nassar

**Defendants.**

| Katrina Danielle Mateen | Jeffrey S. Bruni |
|---|---|
| ***In Pro Per*** | ***City of Gulfport*** |
| 12069 George Street | City Attorney's Office |
| Gulfport, MS 39503 | P.O. Box 1780 |
| Ph. (228)-383-1663 | Gulfport, MS 39502-1780 |
| | Ph. (228)-868-5811 |

**MOTION FOR A COURT ORDER TO COMPEL THE CITY OF GULFPORT CITY ATTORNEY JEFFREY S. BRUNI TO PROVIDE A CLEAR AND UNREDACTED COPY OF THE ATTACHED DOCUMENT**

**NOW COMES,** the Plaintiff Katrina Danielle Mateen, by and through her motion for a court order, pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport **CITY ATTORNEY JEFFREY S. BRUNI TO PROVIDE A CLEAR AND UNREDACTED COPY OF THE ATTACHED DOCUMENT.**

## RELIEF REQUESTED

**WHEREFORE,** the foregoing reasons the plaintiff respectfully moves this Honorable Court, to

grant her motion for a court order, pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport

**CITY ATTORNEY JEFFREY S. BRUNI TO PROVIDE A CLEAR AND UNREDACTED**

**COPY OF THE ATTACHED DOCUMENT.**

Respectfully Submitted,

Katrina Danielle Mateen                                             Dated: July 15, 2024
***In Pro Per***
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663

## PROOF OF SERVICE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

I, Katrina Danille Mateen, being first duly sworn says that on ***Monday, July 15, 2024,*** she served

upon the Clerk of the court, United States District Court, her: (1) motion for a court order,

pursuant to Fed. R. Civ. P. 7(b), to compel the City of Gulfport **CITY ATTORNEY JEFFREY**

**S. BRUNI TO PROVIDE A CLEAR AND UNREDACTED COPY OF THE ATTACHED**

**DOCUMENT**; and (2). Proof of service, by serving a true copy of same upon Jeffrey S. Bruni,

City Attorney's office, at P.O. Box 1780, in Gulfport, MS 39502-1780, by placing same into U.S.

Mail with first class postage attached thereon for delivery.

Respectfully Submitted,

Katrina Danielle Mateen                                    Dated: July 15, 2024
*In Pro Per*
12069 George Street
Gulfport, MS 39503
Ph. (228)-383-1663