IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

SEPTEMBER 2022 TERM

PARTIAL GRAND JURY REPORT

The Grand Jury has investigated the circumstances leading up to the shooting of Jaheim McMillan, by an officer of the Gulfport Police Department on October 6, 2022, and makes the following report:

After full and deliberate consideration of all the facts and circumstances leading up to the October 6, 2022, shooting of Jaheim McMillan, and the circumstances as they existed at the time of the shooting, the Grand Jury finds no criminal conduct on behalf of the officer involved from the Gulfport Police Department.

Therefore, we find that no further action is warranted by this body.

Respectfully submitted this the 22 day of February, 2023.

_____
Foreman of the Grand Jury
September 2022 Term Grand Jury

I hereby certify that the above and foregoing constitutes a true and correct copy.
Connie Ladner
Circuit Court Clerk

By _____ D.C.



PLAINTIFF'S EXHIBIT
1

F I L E D

FEB 22 2023

CONNIE LADNER
CIRCUIT CLERK

By _____ D.C.

City of Gulfport 1st Supp. Initial Disclosures  001



MISSISSIPPI BUREAU OF INVESTIGATION

# MBI RESTRICTED INFORMATION

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Date:

Delivered by: James M. Westbrook


To:

Case # B22-00001370


Recipient's Signature: _____

***Please retain a copy of this signed document***



# Mississippi Bureau of Investigation

# Table of Contents

I.    MBI Report of Investigation

II.    Search Warrants/Subpoenas and Returns

III.    Supplemental Reports

IV.    Involved Officer Profile and Interview

V.    Involved Person Profile and Interview

VI.    Medical Records

VII.    Crime Scene Unit Report/ Photographs

VIII.    Mississippi Crime Lab Reports

IX.    Miscellaneous Documents



## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

| [ ] CRIME REPORT | [ ] INCIDENT REPORT | [ ] WARRANT | CASE NUMBER 22-00001370 |
|---|---|---|---|

**STATISTICAL CATEGORY**

AG CRIME    NARCOTICS    GANG    HATE CRIME    DOMESTIC    JUVENILE    CORRECTIONS    OTHER

| SECTION | DEFINITION *OFFICER INVOLVED SHOOTING* | FELONY/MISD | TYPE *11-11-1115* |
|---|---|---|---|

| LOCATION OF OCCURRENCE *1016 PASS ROAD RD , GULFPORT* | BEAT *8* | PROPERTY LOSS & PROPERTY DAMAGE | | |
|---|---|---|---|---|
| DATE OCC. FROM:  TO: *10/06/2022 - 10/06/2022* | TIME OCC. FROM  TO: *15:08 - 15:08* | DAY OCC *THURSDAY* DATE / TIME DISP *10/06/2022 15:08* | TIME ARR | TIME COMP |

### VICTIM

| CODE | NAME (LAST, FIRST, MIDDLE) FIRM IF BUSINESS | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|
| VIC | *McMILLAN, JAHEIM* | ▓ | M | B |
| RESIDENCE ADDRESS ▓ | | OCCUPATION / BUS ADDRESS | RESIDENCE PHONE ( ▓ | |
| CODE OTH | NAME (LAST, FIRST  MIDDLE) FIRM IF BUSINESS *NASSAR, KENNETH* | DATE OF BIRTH ▓ | SEX M | RACE W |
| RESIDENCE ADDRESS | | OCCUPATION / BUS ADDRESS | RESIDENCE PHONE | |

### SUSPECT

| CODE S1 | NAME (LAST, FIRST  MIDDLE) | AKA'S | SEX M | RACE B |
|---|---|---|---|---|
| HGT.  WGT  EYES  HAIR  HAIR STYLE | DATE OF BIRTH ▓ | DL / SS NUMBER | | ARR / CITE |
| ADDRESS / POSSIBLE LOCATION | | | RESIDENCE PHONE | |
| CODE S2 | NAME (LAST, FIRST  MIDDLE) | AKA'S | SEX M | RACE B |
| HGT.  WGT  EYES  HAIR  HAIR STYLE | DATE OF BIRTH ▓ | DL / SS NUMBER | | ARR / CITE |
| ADDRESS / POSSIBLE LOCATION | | | RESIDENCE PHONE | |

### VEHICLE

| VIC [ ]   SUS. [X ] | YEAR *2021* | MAKE *KIA* | MODEL *SOUL* | COLOR *SILVER* | STYLE *4D* | LICENSE ▓ | STATE *GA* |
|---|---|---|---|---|---|---|---|
| NAME OF R / O      VIC - SUS | | | | ADDRESS OF R / O    VIC - SUS | | | |
| OTHER VEHICLE INFORMATION | | | | | | | |

| ODOR OF ALCOHOL YES    NO | ABLE TO CARE FOR SELF YES    NO | SPEECH [ ] NORMAL [ ] SLURRED [ ] INCOHERENT | CLOTHING [ ] NORMAL [ ] SOILED [ ] DISARRANGED | BALANCE [ ] GOOD [ ] POOR [ ] UNSTEADY | ATTITUDE [ ] COOPERATIVE [ ] ANTAGONISTIC [ ] ANGRY |
|---|---|---|---|---|---|

**NARRATIVE**

On Thursday, October 06, 2022, at 3:08 p.m., I responded to 1016 Pass Road, Gulfport, Mississippi at the request of Gulfport Police Department (GPD) Chief of Police Adam Cooper (COOPER), telephone number ▓, concerning an officer-involved shooting.  This incident was formerly turned over to the Mississippi Bureau of Investigation (MBI) by COOPER and is now considered a full investigation.  All investigative activity is documented and located as attachments to this case file

| VICTIM OF VIOLENT CRIME NOTIFICATION MADE?      YES      NO | | |
|---|---|---|
| CASE STATUS    [X] ACTIVE    [ ] INACTIVE    [ ] CLOSED    [ ] UNFOUNDED | | NON-PROS  Y - Ⓝ |
| NEWS REL  Y - N    COPIES TO:  DET  PAT  D/A  JUV  CPS  OTHER | SUP-RESP Y - Ⓝ | LAB RESP Y - Ⓝ   DET RESP Y - Ⓝ |
| REPORTING AGENT *WESTBROOK, JAMES* | ID # *W6900* | DATE / TIME *10/06/2022*   REVIEWED BY:   DATE |



# MISSISIPPI DEPARTMENT OF PUBLIC SAFETY
## PERSON SUPPLEMENTAL

| CASE NO | 22 | 00001370 |
|---|---|---|

---

### Arrestee - Juvenile

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |

| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | M | B | 16 | | | | | |

| Juvenile | School Name / Address | | | | Weapons | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes [X]  No [ ] | | | | | | | | | |
| Suspect Arrested | Arrest # | Arrest Date | Arrest Time | | Arrest Location | | | | |
| Yes [X]  No [ ] | | | | | | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

---

### Arrestee - Juvenile

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |

| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | M | B | 15 | | | | | |

| Juvenile | School Name / Address | | | | Weapons | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes [X]  No [ ] | | | | | | | | | |
| Suspect Arrested | Arrest # | Arrest Date | Arrest Time | | Arrest Location | | | | |
| Yes [X]  No [ ] | | | | | | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

---

### Other/Unknown

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |

| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | M | W | 27 | | | | | |

| Juvenile | School Name / Address | | | | Weapons | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes [ ]  No [X] | | | | | | | | | |
| Suspect Arrested | Arrest # | Arrest Date | Arrest Time | | Arrest Location | | | | |
| Yes [ ]  No [ ] | | | | | | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

---

### Complainant

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |

| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | M | W | 23 | | | | | |

| Juvenile | School Name / Address | | | | Weapons | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yes [ ]  No [X] | | | | | | | | | |
| Suspect Arrested | Arrest # | Arrest Date | Arrest Time | | Arrest Location | | | | |
| Yes [ ]  No [ ] | | | | | | | | | |
| Arrest Charges | | | | | Injury Type | | | | |



# MISSISIPPI DEPARTMENT OF PUBLIC SAFETY
## PERSON SUPPLEMENTAL

| CASE NO | 22 | 00001370 |
|---|---|---|

## *Complainant*

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ████████ | | | | | | | | | |
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |
| | | | | | | | | | |
| Date of Birth | Social Security Number | Sex M | Race W | Age 25 | Build | Height | Weight | Hair | Eyes |
| ████ | | | | | | | | | |
| Juvenile Yes ☐ No ☒ | School Name / Address | | | | Weapons | | | | |
| Suspect Arrested Yes ☐ No ☐ | Arrest # | Arrest Date | | Arrest Time | Arrest Location | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |
| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
| Juvenile Yes ☐ No ☐ | School Name / Address | | | | Weapons | | | | |
| Suspect Arrested Yes ☐ No ☐ | Arrest # | Arrest Date | | Arrest Time | Arrest Location | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |
| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
| Juvenile Yes ☐ No ☐ | School Name / Address | | | | Weapons | | | | |
| Suspect Arrested Yes ☐ No ☐ | Arrest # | Arrest Date | | Arrest Time | Arrest Location | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

| Name | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Home Phone | Cell Phone | | Employer Phone | | Employer Name / Address | | | | |
| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
| Juvenile Yes ☐ No ☐ | School Name / Address | | | | Weapons | | | | |
| Suspect Arrested Yes ☐ No ☐ | Arrest # | Arrest Date | | Arrest Time | Arrest Location | | | | |
| Arrest Charges | | | | | Injury Type | | | | |

2

 # Mississippi Bureau of Investigation

## Supervisory Authorization

Under MS Code of 1972, Section 45-1-6, the Mississippi Bureau of Investigation (MBI) is

authorized to investigate all officer-involved shootings resulting in injury or death.

I, _Adam Cooper_, a supervisor with the _Gulfport Police Dept._ requests MBI

assistance regarding an officer-involved shooting occurring in _Harrison_

County. I am advised the investigation is a criminal inquiry and acknowledge MBI as the

primary investigative unit.

_A. Coop_

Signed

OCT 07 2022

Date

_Heather Dailey_

Witness

OCT 07 2022

Date

MSR Rev. 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James Westbrook

**Requesting Agency:** Gulfport Police Department

**Incident Type:** Officer-Involved Shooting (OIS)

**Time of Incident:** 2:42 p.m.

**Location:** 1016 Pass Road, Gulfport, Mississippi

**Summary:**

Under Miss. Code Ann. §45-1-6, the Mississippi Bureau of Investigation (MBI) is authorized to investigate all officer-involved shootings resulting in injury or death. On October 6, 2022, Chief Adam Cooper (COOPER) of Gulfport, Mississippi, requested MBI assistance on an officer-involved shooting which occurred following police response to a traffic stop in Harrison County. COOPER acknowledged that MBI would be the primary agency investigating this critical incident.

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

MSR Rev. 3/22

**Person/Agency Involved**

1. **Name:** Juvenile          **Address:**

   **Age:**     **Gender:**     **Race:**

   **Deceased:**     **Next of kin notified:**     **Charges:**

2. **Name:** Gulfport Police Department          **Address:** 2220 15th Street Gulfport,
   Mississippi

   **Age:**     **Gender:**     **Race:**

   **Deceased:**     **Next of kin notified:**     **Charges:**

3. **Name:**          **Address:**

   **Age:**     **Gender:**     **Race:**

   **Deceased:**     **Next of kin notified:**     **Charges:**

4. **Name:**          **Address:**

   **Age:**     **Gender:**     **Race:**

   **Deceased:**     **Next of kin notified:**     **Charges:**

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 3

### Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

On Thursday, October 06, 2022, at 2:29 p.m., Gulfport Police Department (GPD) received a 911 call for service concerning a reckless driver traveling in the area of 8813 Lorraine Road, Gulfport, Mississippi. The caller, ███████████████████████, telephone number ██████████, advised that occupants inside a silver Kia Soul were brandishing firearms and wearing camouflage masks. At 2:42 p.m., GPD Officers Kenneth Nassar (NASSAR), telephone number 228-868-5900, and Benjamin Ford (FORD), telephone number 228-868-5900, located the aforementioned vehicle on Pass Road in Gulfport, Mississippi. The Kia Soul entered the parking lot of the Family Dollar, located at address 1016 Pass Road, Gulfport, Mississippi. NASSAR and FORD followed the Kia Soul into the parking lot.

Once the Kia Soul stopped, one of the occupants, who was identified as Jaheim McMillan (MCMILLAN), date of birth ██████████, a 15-year-old male, exited the right rear passenger seat of the vehicle while holding a pistol in his right hand. Once exiting the Kia Soul, MCMILLAN ran towards the front of the Kia Soul toward the front of the Family Dollar. About this time,

**Case #** B22-00001370    **Supplement #** Primary Case File Opening
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 010

Page 2 of 3

SR Rev. 3/22

NASSAR gave verbal commands for MCMILLAN to "stop...drop it." MCMILLAN did not comply. During the encounter with MCMILLAN, NASSAR discharged his firearm while directing his firearm toward MCMILLAN.

At the time the Kia Soul stopped, and as MCMILLAN was exiting the vehicle, one of the other occupants, who was identified as █████████ date of birth ███████, a 16-year-old male, exited the front passenger seat of the vehicle while holding a pistol. Once exiting the Kia Soul, █████ ran towards the front of the Family Dollar and then along the left side of the building. FORD pursued ████ on foot. █████ ran to a wooded area where he was later located and taken into police custody. A pistol was discovered along the route that █████ was pursued.

In addition to MCMILLAN and █████, three (3) other occupants were traveling in the Kia Soul. These individuals were identified as the following: ██████████████ ████████, date of birth ███████, a 17-year-old male. █████████ was the driver of the Kia Soul; ████████████, date of birth ███████, a 14-year-old male. ████████ was traveling in the middle of the rear seat; and ██████████████, date of birth ████████, a 15-year-old male. █████ was traveling in the left rear seat of the Kia Soul. ████████, ████████, and ████ were taken into custody by GPD without further incident.

As a result of the officer-involved shooting, MCMILLAN received injuries to his body. MCMILLAN was transported to Memorial Hospital (MH) at Gulfport to be treated for his injuries. MCMILLAN was subsequently transported to USA Health University Hospital (HUH), in Mobile, Alabama.

On Thursday, October 06, 2022, at 3:08 p.m., I responded to the scene of the shooting at

Case # B22-00001370        **Supplement #** Primary Case File Opening
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  011

SR Rev. 3/22

Page **3** of **3**

the request of GPD Chief of Police Adam Cooper (COOPER), telephone number ████████.

This incident was formerly turned over to the Mississippi Bureau of Investigation (MBI) by

COOPER and is now considered a full investigation.  All investigative activity is documented

and located as attachments to this case file.

**Case #** B22-00001370          **Supplement #** Primary Case File Opening
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

On Thursday, October 06, 2022, at 3:08 p.m., I was notified of an officer-involved shooting (OIS) that had taken place at Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi. I responded to the scene of the OIS and arrived on location at 3:49 p.m.  MBI Supervisory Special Agent (SSA) Roger Moore (MOORE), telephone number ███████████;

Special Agent (SA) Jason Gazzo (GAZZO), telephone number ███████████; and SA Alex Lizana (LIZANA) also responded to FD and assisted with the investigation.

Once I arrived at FD, GPD Investigator Chris Kloc (KLOC), telephone number ███████ ███████ provided me with the following information:

KLOC advised me that on Thursday, October 06, 2022, at 2:29 p.m., Gulfport Police Department (GPD) received an emergency 911 call for service concerning a reckless driver traveling in the area of 8813 Lorraine Road, Gulfport, Mississippi. The caller, who was identified as ███████████████████████████, telephone number ███████████, advised that occupants inside a silver Kia Soul were brandishing firearms and wearing camouflage masks.

**Case # B22-00001370**          **Supplement #** Initial Details of Investigation
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  013

Page 2 of 3

SR Rev. 3/22

The silver 2021 Kia Soul was bearing ███████ license plate number ███████ ███████ further advised that the Kia Soul was following his vehicle and that he was traveling through red stop lights in order to evade the vehicle. (Note: See Supplement titled "OIS Assistance" that was authored by LIZANA concerning the interview of ███████ )

KLOC advised me that at 2:42 p.m., GPD Officers Kenneth Nassar (NASSAR), telephone number ███████ 0, and Benjamin Ford (FORD), telephone number ███████, located the Kia Soul on Pass Road in Gulfport, Mississippi. NASSAR and FORD followed the Kia Soul into the parking lot FD. Once the Kia Soul stopped, one of the occupants, who was identified as Jaheim McMillan (MCMILLAN), date of birth ███████ a 15-year-old male, exited the right rear passenger seat of the vehicle while holding a pistol in his right hand. Once exiting the Kia Soul, MCMILLAN ran towards the front of the Kia Soul toward the front of FD. About this time, NASSAR gave verbal commands for MCMILLAN to "stop...drop it." MCMILLAN did not comply with the commands of NASSAR. During the encounter with MCMILLAN, NASSAR discharged his firearm while directing his firearm toward MCMILLAN. During the OIS, MCMILLAN received injuries to his body. MCMILLAN was transported to Memorial Hospital at Gulfport to be treated for his injuries. MCMILLAN was subsequently transported to USA Health (University Hospital), in Mobile, Alabama.

At the time the Kia Soul stopped, one of the other occupants, who was identified as ███████, date of birth ███████, a 16-year-old male, exited the front passenger seat of the vehicle while holding a pistol. Once exiting the Kia Soul, ███ ran towards the front of FD and then along the left side of the building. FORD pursued ███ on foot. ███ ran to a

Case # B22-00001370          Supplement # Initial Details of Investigation
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 3 of 3

wooded area where he was later located and taken into police custody. A pistol was discovered along the route that ▮▮▮ was pursued.



In addition to MCMILLAN and ▮▮▮, three (3) other occupants were traveling in the Kia Soul. These individuals were identified as the following: ▮▮▮▮▮▮▮ ▮▮▮▮▮ date of birth ▮▮▮▮, a 17-year-old male. ▮▮▮▮▮ was the driver of the Kia Soul; ▮▮▮▮▮▮▮, date of birth ▮▮▮▮, a 14-year-old male. ▮▮▮▮ was traveling in the middle of the rear seat; and ▮▮▮▮▮▮▮▮▮ date of birth ▮▮▮▮▮ a 15-year-old male. ▮▮▮▮ was traveling in the left rear seat of the Kia Soul. ▮▮▮▮, ▮▮▮▮, and ▮▮ were taken into custody by GPD without further incident.

After the OIS occurred, officers with GPD placed crime scene tape around the immediate area of the parking lot of FD. GPD Officer Justin Beach (BEACH), telephone number 228-868-5900, maintained a crime scene log of individuals who were present and/or entered the scene. Biloxi Police Department (BPD) Crime Scene Unit (CSU) was utilized to process the scene and to collect and maintain all items of evidentiary value. A BPD CSU Report of Investigation is contained within the hard copy section of this case file.

LIZANA obtained surveillance camera video recordings from FD; Ray Brandt Collision Center, located at 1122 Pass Road, Gulfport, Mississippi; and Mobile Squad, located at 1013 Pass Road, Gulfport, Mississippi. GAZZO obtained video recordings from ▮▮▮▮▮▮



, telephone number ▮▮▮▮▮▮ (Note: See Supplement titled "Interview of ▮▮▮▮▮▮▮▮▮▮" that was authored by GAZZO concerning the interview of ▮▮▮▮▮▮)

End of Report (JMW)
Case # B22-00001370          **Supplement #** Initial Details of Investigation
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 5

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** 2220 15th Street, Gulfport, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, I interviewed ██████████████ date of birth ████████, telephone number ████████████ at the Gulfport Police Department (GPD), located at 2220 15th Street, Gulfport, Mississippi. Those present for the interview were ██████ GPD Investigator Mitchell Ashby (ASHBY), telephone number ██████████████; and myself.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with ██████ The communications of those present were electronically recorded with audio and video equipment.) The interview began at 9:38 p.m.

ASHBY presented ██████ with an Advice of Rights form and also read the form to him. ██████ read and signed the Advice of Rights form acknowledging that he clearly understood his rights. ██████ waived his right to remain silent and advised he would communicate with investigators.

**Case # B22-00001370**        **Supplement #** Interview of ██████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

City of Gulfport 1st Supp. Initial Disclosures  016



SR Rev. 3/22

After I advised ▮▮▮ of my identity and the nature of the interview, he provided the following information:

▮▮▮ said that on Thursday, October 06, 2022, he was traveling in a vehicle with his friends in Gulfport, Mississippi. (Note: ▮▮▮ was traveling in a silver 2021 Kia Soul rental car that was rented by ▮▮▮▮▮▮▮▮, telephone number ▮▮▮▮▮. See Supplement titled "Interview of ▮▮▮▮▮", in which ▮▮▮ stated he raised ▮▮▮.) ▮▮▮ said he was seated in the front right passenger seat. ▮▮▮ only knew the driver of the Kia Soul by the name of "▮." (Note: ▮ was identified as ▮▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮.) ▮▮▮ further explained that Jaheim McMillan (MCMILLAN), date of birth ▮▮▮▮, was traveling in the right rear passenger seat; ▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮, was traveling in the middle of the rear seat; and ▮▮▮▮▮▮▮ (▮▮▮), date of birth ▮▮▮▮, was traveling in the left rear seat of the Kia Soul.

▮▮▮ said that while traveling on the roadway, a driver in another vehicle pulled alongside them (▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮ and ▮▮▮) and began "mean mugging" them. ▮▮▮ explained that ▮▮▮ began "chasing" the other vehicle. (Note: The other vehicle involved was a Chevrolet Volt. The driver of the Chevrolet Volt was identified as ▮▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮), date of birth ▮▮▮▮, telephone number ▮▮▮. ▮▮▮▮▮▮▮▮▮ date of birth ▮▮▮▮, telephone number ▮▮▮▮, was traveling as a passenger in the Chevrolet Volt.)

▮▮▮ said he told ▮▮▮ to stop chasing the Chevrolet Volt. ▮▮▮ explained that ▮▮▮ was speeding and traveling through red traffic lights in order to follow the Chevrolet

**Case # B22-00001370**    **Supplement #** Interview of ▮▮▮▮▮▮
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev 3/22

Volt. ▇▇▇ advised that while they were traveling alongside the Chevrolet Volt, he observed MCMILLAN raise and display a gun. ▇▇▇ also advised that MCMILLAN stated, "I just flashed my gun at them." ▇▇▇ said MCMILLAN was wearing a camouflage ski mask at the time he (MCMILLAN) brandished the firearm at the ▇▇▇▇▇▇▇▇. ▇▇▇ described the firearm MCMILLAN was in possession of as being a Taurus pistol.

▇▇▇ explained that they followed the ▇▇▇▇▇▇▇ through the parking lot of a bank in Gulfport, Mississippi, and continued following the ▇▇▇▇▇▇ down Pass Road. (Note: The bank ▇▇▇ was referring to was identified as Cadence Bank, located at 905 Cowan Road, Gulfport, Mississippi. A video recording that I obtained from Cadence Bank has been attached to this case file.)

▇▇▇ stated he "knew something was up" when they stopped following the Chevrolet Volt and the Chevrolet Volt began following them. ▇▇▇ said he believed at that point the ▇▇▇▇▇▇▇ had "called the police" and he believed the police would be looking for them. ▇▇▇ said they (▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇, and ▇▇▇) began traveling down different roads and lost sight of the Chevrolet Volt.

▇▇▇ advised that as they (▇▇▇, ▇▇▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇ and ▇▇▇) were traveling, they noticed some police vehicles on Pass Road so they drove into the parking lot of Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, and parked. ▇▇▇ said when he looked in the mirror, he observed that the police units had driven behind their vehicle and had their police lights activated. ▇▇▇ said he knew they were police officers because they wearing police uniforms and the police vehicles were marked. ▇▇▇ explained that

Case # B22-00001370    Supplement # Interview of ▇▇▇▇▇▇▇
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 4 of 5

SR Rev 3/22

██████ announced "police! y'all need to run" because they were in possession of guns. ██████ said he was scared so he ran. ██████ said before he exited the Kia Soul, he heard a police officer say "get out the car." ██████ advised that before the officers could exit their vehicles, "we already had the door opened" on the Kia Soul. ██████ believed he ran in the opposite direction of everyone else.

██████ explained that after exiting the Kia Soul, he began running west, along the sidewalk in front of FD, towards a car dealership. ██████ said he exited the Kia Soul with a pistol in his right hand. ██████ explained that it was after he had exited the Kia Soul and began running that he heard multiple gunshots. ██████ said he originally believed that officers were firing at him because he was running with a gun in his hand. ██████ advised he did not hear any of the officers giving verbal commands to put down weapons and that he could only hear gunshots.

██████ advised that while he was running, one of the police officers was pursuing him with a taser drawn. ██████ told me he heard the taser discharge and that the taser missed him. ██████ said the taser was discharged after he heard the gunshots. ██████ told me he was "surprised" that the officer attempted to use a taser rather than a gun because he ██████ was running with a gun in his hand. ██████ advised that he could tell the difference between hearing a taser and a firearm being discharged. ██████ informed me that he ran to a wooded area where he was later located and taken into police custody. ██████ said he threw the gun he was carrying down after running into the wooded area.

██████ said he did not believe MCMILLAN was holding a gun when he exited the Kia Soul. BELL believed MCMILLAN may have had a gun in a holster that he was wearing or in

Case # B22-00001370          Supplement # Interview of ████████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev 3/22

Page 5 of 5

his pants. ███ explained that because he was running in the opposite direction of MCMILLAN, he was unable to see what had occurred in regard to MCMILLAN. ███ said he believed MCMILLAN had probably done something, "cause Jaheim (MCMILLAN) was like … when he ran out the car … I know like Jaheim do dumb stuff so I'm like he probably pulled out his gun and stuff on police and got shot." ███ further stated, "Jaheim stayed in trouble with the police." ███ said MCMILLAN was the "type of person to do something like that … pull out a gun and stuff … aim at the officer and get hisself shot."

███ said that at the time of the incident, he was in possession of a Glock Model 43 pistol. ███ advised he obtained possession of the Glock Model 43 pistol from "a hotel." ███ further explained that on October 06, 2022, at approximately 1:00 a.m., he, along with ███, MCMILLAN, ███, and ███ took a total of three (3) firearms from the inside of an unlocked car that was located at a hotel in Gulfport, Mississippi. ███ did not know the name of the hotel. ███ said that the vehicle the guns were taken from was an SUV-style vehicle. ███ later advised that ███ was not present at the time the firearms were stolen. ███ described the three (3) pistols that were stolen as being two (2) Glocks and one (1) Taurus. ███ advised that all three of the pistols were loaded. ███ believed MCMILLAN was driving the Kia Soul at the time they took the pistols.

███ emphasized that during the encounter with the ███, he never held a gun up to display the gun to the ███. ███ further advised me that he never pointed the gun toward anyone.

The interview of ███ was concluded at 10:25 p.m.

Case # B22-00001370          Supplement # Interview of ███
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 020

SR Rev. 3/22

# Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** 2220 15th Street, Gulfport, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, I interviewed ███████████████████ date of birth ██████ telephone number ████████████ at the Gulfport Police Department (GPD), located at 2220 15th Street, Gulfport, Mississippi. Those present for the interview were ████████; GPD Investigator Mitchell Ashby (ASHBY), telephone number 228-868-5959; and myself.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were spoken during the interview with ████████. The communications of those present were electronically recorded with audio and video equipment.) The interview began at 8:29 p.m.

ASHBY presented ████ with an Advice of Rights form and also read the form to him. ████ read and signed the Advice of Rights form acknowledging that he clearly understood his rights. ████ waived his right to remain silent and advised he would

**Case # B22-00001370**     **Supplement # Interview of** ████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  021

Page 2 of 4

SR Rev. 3/22

communicate with investigators. After I advised ███████ of my identity and the nature of the interview, he provided the following information:

███████ advised on Thursday, October 06, 2022, he was traveling as a passenger in the rear middle seat of a silver Kia Soul while in Gulfport, Mississippi. ███████ provided the following names as the other occupants who were traveling in the Kia Soul: Jaheim McMillan (MCMILLAN), date of birth ███████, was traveling in the rear right passenger seat; ████ ███████, date of birth ███████ was traveling in the rear left passenger seat. ███████ only knew the driver of the Kia Soul by the name of "███" (Note: ███ was identified as ███████, date of birth ███████.) ███████ did not know the name of the front right seat passenger. (Note: ███████, date of birth ███████ was identified as the front right seat passenger.)

███████ informed me while ███████ was driving, ███████ said a driver in another vehicle was "mean mugging" him. (Note: The driver of the other vehicle was identified as ███████, date of birth ███████, telephone number ███████.) ███████ advised that ███████ began following them (███████, MCMILLAN, ███████, and ███████). ███████ later stated, "Most of the time we was behind him and chasing him."

███████ said he believed MCMILLAN had a gun in his possession, but he did not see him flash it. ███████ later explained while traveling on the roadway, MCMILLAN did brandish a firearm at ███████ ███████ advised he was confident that MCMILLAN brandished the firearm because he (███████ was seated next to MCMILLAN in the rear seat. ███████ described the firearm in MCMILLAN's possession as being a black-colored pistol.

**Case #** B22-00001370    **Supplement #** Interview of ███████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 022

SR Rev. 3/22

██████ advised that ████ and ████ were also in possession of firearms, but he did not see them brandish the firearms. ██████ described the firearm in ████s possession as being a black-colored pistol. ████████ said the gun that ██████ was in possession of had a "weird" color. ████████ informed me that he and ████████ were not in possession of any firearms. ██████ said he, along with the others in the Kia Soul, were at times wearing camouflage ski masks. ████████ advised he was not wearing his camouflage ski mask at the time of the encounter with ████████ ████████ said he knew MCMILLAN was wearing a ski mask, but he believed ████ had taken his ski mask off. ████████ was mad that MCMILLAN had brandished the gun because ████████ could identify him (████████) by seeing his face.

████████ informed me that they (████, ████, MCMILLAN, ████████, and ████) traveled to Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, and parked. ██████ said he had observed two police vehicles on Pass Road before they had entered the parking lot of FD. ██████ told me that ████████ announced, "police are pulling up." ██████ said he only knew the police officers were behind them because ████████ had alerted them of officers being present. ██████ advised he then observed two uniformed police officers in the parking lot of FD. ██████ did not recall seeing blue lights on the police vehicles.

████████ informed me that upon the officers' arrival, MCMILLAN and ████ exited the Kia Soul and began to run on foot. ██████ said he, ████, and ██████ remained in the Kia Soul when ████ and MCMILLAN exited the vehicle to run. ██████ advised me he observed ████ and MCMILLAN run to the left after they exited the Kia Soul; however, MCMILLAN

Case # B22-00001370
Reviewed by: Roger Moore

Supplement # Interview of ████████

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

turned and began running to the right. ▮▮▮▮ said one of the officers pursued ▮▮▮ to the left side of FD. ▮▮▮▮ stated he heard two gunshots as MCMILLAN ran to the right.

▮▮▮▮ advised he did not see MCMILLAN carrying a firearm at the time he heard the gunshots. I asked ▮▮▮▮ if MCMILLAN was wearing a camouflage ski mask at the time he exited the Kia Soul. ▮▮▮▮ did not believe MCMILLAN was wearing the ski mask and further replied, "Most of the time when we see the police we take it off."

▮▮▮▮ said before the shooting occurred, he heard "yelling" coming from the officers, but the words were inaudible because the door of the Kia Soul was shut. ▮▮▮▮ advised once the doors were opened on the Kia Soul, he was able to hear an officer say, "Don't run, don't run put your hands up." ▮▮▮▮ said when he exited the Kia Soul, he observed a gun on the ground in the vicinity of the Kia Soul. ▮▮▮▮ emphasized he had not handled the gun. ▮▮▮▮ told me the police recovered the firearm.

▮▮▮▮ advised he did not have any other information to provide so the interview was concluded at 9:21 p.m.

End of Report (JMW)

**Case #** B22-00001370
**Reviewed by:** Roger Moore

**Supplement #** Interview of ▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 3

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** 2220 15th Street, Gulfport, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, I interviewed ███████████ (█████), date of birth ████████, telephone number ██████████ at the Gulfport Police Department (GPD), located at 2220 15th Street, Gulfport, Mississippi. Those present for the interview were ██████ GPD Investigator Mitchell Ashby (ASHBY), telephone number ██████████; and myself.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were spoken during the interview with ██████ The communications of those present were electronically recorded with audio and video equipment.) The interview began at 7:34 p.m.

ASHBY presented ████ with an Advice of Rights form and also read the form to him. ████ read and signed the Advice of Rights form acknowledging that he clearly understood his rights. ████ waived his right to remain silent and advised he would communicate with investigators. After I advised ████ of my identity and the nature of the interview, he provided the following information:

**Case #** B22-00001370        **Supplement #** Interview of ██████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.


SR Rev. 3/22

[redacted] said on Thursday, October 06, 2022, he was traveling in a silver Kia Soul in Gulfport, Mississippi. [redacted] advised he was traveling in the left rear seat of the Kia Soul, behind the driver. [redacted] provided the following names as the other occupants who were traveling in the Kia Soul: [redacted] ([redacted]), date of birth [redacted] was seated in the front right passenger seat; [redacted] only knew the driver of the Kia Soul by the name of "[redacted]" (Note: [redacted] was identified as [redacted] ([redacted]), date of birth [redacted]; Jaheim McMillan (MCMILLAN), date of birth [redacted] was traveling in the right rear passenger seat; and [redacted] ([redacted]), date of birth [redacted] was traveling in the middle of the rear seat.

[redacted] said while traveling in Gulfport, Mississippi, MCMILLAN displayed a firearm to occupants in another vehicle. (Note: The other vehicle involved was a Chevrolet Volt. The driver of the Chevrolet Volt was identified as [redacted] ([redacted]), date of birth [redacted] telephone number [redacted] ([redacted]), date of birth [redacted] telephone number [redacted] was traveling as a passenger in the Chevrolet Volt.) [redacted] explained that MCMILLAN was wearing a camouflage ski mask at the time he (MCMILLAN) brandished his firearm. [redacted] believed MCMILLAN displayed the firearm because he was "playing funny stuff." [redacted] claimed that someone inside the Kia Soul told MCMILLAN to "chill out." [redacted] said he ([redacted]) was carrying a purple-colored Glock 43 X in his pants, but he did not display the firearm to anyone. Later in the interview, [redacted] recanted his statement and said he did hold his gun up, but it was "quick." [redacted] stated he and MCMILLAN were the only ones in the Kia Soul that possessed firearms. [redacted] said he obtained possession of the firearm from MCMILLAN.

**Case #** B22-00001370 **Supplement #** Interview of [redacted]
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev 3/22

Page 3 of 3



███ explained that police officers got behind them (███ ███ ███ MCMILLAN, and ███ once they arrived at Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi. ███ said the police officers activated blue lights on their marked patrol units. ███ explained that the two police officers were white and they were wearing police uniforms. ███ advised me that someone in the Kia Soul said "run" once the officers were observed. ███ stated he and ███ remained in the Kia Soul, however, ███ MCMILLAN, and ███ exited the Kia Soul immediately upon the officers' arrival. ███ later advised me that ███ exited the Kia Soul and got on the ground after observing MCMILLAN being shot.



███ believed MCMILLAN exited the Kia Soul with a black-colored Taurus pistol in his right hand. ███ explained that upon exiting the Kia Soul, MCMILLAN ran to the left and then turned and ran to the right. ███ said MCMILLAN was only running with the handgun he was holding and that MCMILLAN did not raise or point the gun toward anyone. ███ could not recall if MCMILLAN exited the vehicle while wearing a camouflage ski mask. ███ stated he "watched them shoot Jaheim a few times." ███ believed he heard six gunshots. ███ informed me that one of the officers announced "stop running" before MCMILLAN turned to run to the right. ███ said he heard the gunshots once MCMILLAN turned to run to the right.

███ advised he did not have any other information to provide so the interview was concluded at 8:12 p.m.

End of Report (JMW)

Case # B22-00001370          Supplement # Interview of ███
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

# Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** 2220 15th Street, Gulfport, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, I interviewed ████████████ ██████ █████,
date of birth ████████, telephone number ████████ at the Gulfport Police Department
(GPD), located at 2220 15th Street, Gulfport, Mississippi. Those present for the interview were
████████, GPD Investigator Mitchell Ashby (ASHBY), telephone number ████████; and
myself.

(Note: The statements contained herein are summarized and are not verbatim. This report
does not memorialize all of the statements that were spoken during the interview with
████████ The communications of those present were electronically recorded with audio and
video equipment.) The interview began at 10:44 p.m.

ASHBY presented ████████ with an Advice of Rights form and also read the form to
him. ████████ read and signed the Advice of Rights form acknowledging that he clearly
understood his rights. ████████ waived his right to remain silent and advised he would

**Case # B22-00001370**          **Supplement # Interview of** ████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.



Page **2** of **5**

SR Rev 3/22



communicate with investigators. After I advised ▓▓▓▓▓ of my identity and the nature of the interview, he provided the following information:

▓▓▓▓▓ said he is mostly known by "▓▓▓", but some people call him "▓▓" ▓▓▓▓▓ advised that on Thursday, October 06, 2022, he was driving a silver Kia Soul in Gulfport, Mississippi. ▓▓▓▓▓ provided the following names as the other occupants who were traveling with him in the Kia Soul: ▓▓▓▓▓ (▓▓, date of birth ▓▓▓▓▓, was seated in the front right passenger seat; Jaheim McMillan (MCMILLAN), date of birth ▓▓▓▓▓ was traveling in the right rear passenger seat; ▓▓▓▓▓ (▓▓▓), date of birth ▓▓▓▓▓ who was known to ▓▓▓▓▓ as "▓▓", was traveling in the left rear passenger seat; and ▓▓▓▓▓ (▓▓▓), date of birth ▓▓▓▓▓, was traveling in the middle of the rear passenger seat. ▓▓▓▓▓ believed the Kia Soul belonged to "▓▓▓ grandpa." (Note: ▓▓▓▓▓ (▓▓▓), telephone number ▓▓▓▓▓, rented the silver 2021 Kia Soul from Enterprise Rentals, located at 8455 Tennessee Avenue, Gulfport, Mississippi. See Supplement report titled, "Interview of ▓▓▓▓▓" that I authored after interviewing ▓▓▓▓▓)

▓▓▓▓▓ advised me that while traveling on the roadway, the driver of a Chevrolet car drove in front of his vehicle. ▓▓▓▓▓ said he was upset with the driver in the Chevrolet car because "he had cut us off." (Note: The Chevrolet car was a white Chevrolet Volt. The driver of the Chevrolet Volt was identified as ▓▓▓▓▓ (▓▓▓▓▓), date of birth ▓▓▓▓▓ telephone number ▓▓▓▓▓ ▓▓▓▓▓ (▓▓▓▓▓), date of birth ▓▓▓▓▓ telephone number ▓▓▓▓▓ was traveling as a passenger in the Chevrolet Volt.) ▓▓▓▓▓ informed me that he was traveling behind ▓▓▓▓▓ at the time ▓▓▓ ▓▓▓▓▓ was traveling through red traffic lights. ▓▓▓▓▓ said no one in the Kia Soul was

**Case #** B22-00001370          **Supplement #** Interview of ▓▓▓▓▓
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 3 of 5

telling him to stop; furthermore, ▮▮▮▮▮ added that the other occupants in the Kia Soul were "egging me on to keep chasing him." ▮▮▮▮▮ admitted to following the Chevrolet Volt through a bank parking lot. (Note: The bank was identified as Cadence Bank, located at 905 Cowan Road, Gulfport, Mississippi. See Supplement report titled, "Video Recording from Cadence Bank" that I authored.) ▮▮▮▮▮ said he drove in front of the Chevrolet Volt because he was mad that ▮▮▮▮▮ had cut him off. ▮▮▮▮▮ said at some point, the ▮▮▮▮▮ began following them (▮▮▮▮▮, ▮▮▮▮▮ MCMILLAN, ▮▮▮▮▮ and ▮▮▮). ▮▮▮▮▮ explained to me that he lost sight of the ▮▮▮▮▮, and he continued to drive.

▮▮▮▮▮ told me he did not see anyone in the Kia Soul brandish a firearm at the ▮▮▮▮▮. ▮▮▮▮▮ said he observed ▮▮▮ and MCMILLAN in possession of firearms; however, he did not see ▮▮▮ or MCMILLAN brandish the firearms. ▮▮▮▮▮ said he was concentrating on driving and was not being observant of what was occurring in the vehicle. ▮▮▮▮▮ advised me that ▮▮▮ was also in possession of a handgun and that ▮▮▮▮▮ handgun was a purple and black-colored Glock. ▮▮▮▮▮ said he and ▮▮▮▮▮ were not in possession of firearms. ▮▮▮▮▮ advised me there were a total of three guns inside the Kia Soul. At first, ▮▮▮▮▮ said he did not know where the guns were obtained. ▮▮▮▮▮ recanted his statement and said they (▮▮▮ MCMILLAN, ▮▮▮▮▮ and ▮▮▮ told him they stole the guns from a hotel. ▮▮▮▮▮ said he was at home at the time the guns were stolen and he was not present with ▮▮▮ MCMILLAN, ▮▮▮▮▮ and ▮▮▮ at the hotel. ▮▮▮▮▮ advised me that he, along with MCMILLAN, ▮▮▮, and ▮▮▮▮▮ were wearing ski masks at times during the encounter with the ▮▮▮▮▮.

Case # B22-00001370          Supplement # Interview of ▮▮▮▮▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page **4** of 5



▇▇▇▇ explained to me that he drove into the parking lot of Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, from 8th Avenue. ▇▇▇▇ said he observed blue lights in his mirror once he parked the Kia Soul. ▇▇▇▇ believed the vehicle that had stopped behind him was law enforcement because he saw the blue lights and "police" displayed on the vehicle. ▇▇▇▇ added that ▇▇▇▇ announced "police behind us." ▇▇▇▇ said he observed two police officers. ▇▇▇▇ told me he heard an officer state, "put your hands up and get out of the vehicle." ▇▇▇▇ said MCMILLAN and ▇▇▇▇ had already exited the Kia Soul before the officer announced the aforementioned statement. ▇▇▇▇ stated, "When they seen the police they immediately got out." ▇▇▇▇ informed me that he, ▇▇▇▇ and ▇▇▇▇ remained in the Kia Soul when ▇▇▇▇ and MCMILLAN exited the vehicle to run. ▇▇▇▇ said he did exit the Kia Soul, but he got on the ground. ▇▇▇▇ advised me that he observed ▇▇▇▇ run to the left and MCMILLAN run to the right after they exited the vehicle.

▇▇▇▇ believed MCMILLAN exited the Kia Soul with a gun in his right hand. ▇▇▇▇ said MCMILLAN appeared confused while he was running. ▇▇▇▇ proclaimed, "I seen him (MCMILLAN) get shot." ▇▇▇▇ explained that he (▇▇▇▇) was on the ground toward the front of the Kia Soul between some cars at the time he observed MCMILLAN get shot. ▇▇▇▇ advised he heard multiple gunshots. ▇▇▇▇ believed he heard four to six gunshots. ▇▇▇▇ opined that MCMILLAN was shot because the officer saw the gun in MCMILLAN's hand. ▇▇▇▇ stated, "I ain't (phonetical) gone lie, he idn't (phonetical) just start shooting. He idn't just ... he idn't just start shooting. I can't just blame the officer, cuz (phonetical) he had the right, cuz I would've ... cuz... cuz the boy had a gun and he was facing the officer, so I understand why the officer shot." ▇▇▇▇ did not believe MCMILLAN was

Case # B22-00001370          **Supplement #** Interview of ▇▇▇▇
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page **5** of **5**

SR Rev. 3/22



going to shoot toward the officer but said, "he (MCMILLAN) did run with a gun." ▮

believed that MCMILLAN "got shot twice." ▮ said only one officer discharged a

firearm. ▮ described the officer who discharged his firearm as being a tall white officer.

▮ informed me that ▮ also had a gun in his hand when he ( ▮ ) exited the

Kia Soul. ▮ said one officer pursued ▮ to the left of FD and out of the area.

▮ stated he did not have knowledge of what occurred after ▮ departed from FD.

▮ advised he did not have any other information to provide so the interview was

concluded at 11:22 p.m.

End of Report (JMW)

Case # B22-00001370          **Supplement #** Interview of ▮
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 4

SR Rev 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** Alex Lizana
**Location:** Harrison County
**Activity Type:** Full

On Thursday, October 6, 2022, at 4:16 p.m., I responded to an Officer Involved Shooting (OIS) involving the Gulfport Police Department (GPD) at the Family Dollar parking lot located at 1016 Pass Road, Gulfport, Mississippi. I assisted the Mississippi Bureau of Investigation (MBI) Agent Michael Westbrook (WESTBROOK). After arriving I spoke with  , address                                  telephone number          , who is the office manager at Ray Brandt Collision Center located at 1122 Pass Road, Gulfport Mississippi.         advised that she had surveillance video of the OIS from a camera located on the east side of her building and provided me with a copy of the footage.

At 5:21 p.m., I spoke with the district manager of Family Dollar,           , address                                  telephone number          , inside of the Family Dollar.           explained that she had surveillance video of the OIS from a camera located at the north entrance of her store and provided me with a copy of the footage.

**Case #** B22-00001370        **Supplement #** OIS Assistance
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 4



At 6:41 p.m., I Interviewed ████████████████ (████████), telephone

number ████████, inside of the residence of his brother, ████████████ (██

████████), telephone number ████████ at █████████████████

████████ GPD Detectives Landon Williams (WILLIAMS) and Kristen Martin

(MARTIN) were also present.

(Note: The following information was compiled from oral statements made by ████

████████. The statements contained below are summarized and are not verbatim. This

interview was electronically recorded with audio equipment.)

████████ explained that on Thursday, October 6, 2022, he was driving south on

Lorraine Cowan Road with ████████ when they observed a silver Kia driving recklessly

ahead of them. As they were passing the Pure Country Gas Station, the silver Kia was beside

their vehicle with all of the windows down and all of the occupants staring at them. After

continuing southbound on Lorraine Cowan road, the silver Kia stopped beside them at a red

traffic light and ████████ alerted ████████ that the right rear passenger of the Kia had

displayed a handgun. ████████ explained that he called 911 and attempted to get away

from the Kia by not stopping at a red traffic light but the Kia pursued them down Lorraine

Cowan Road and also ran the red traffic light. ████████ explained that he drove through

the Bancorp South Bank in Gulfport, Mississippi, parking lot to avoid another red traffic light

and proceeded west to get away from the Kia. The Kia also pursued them through the parking

lot, ████████ explained that as they were passing Boozer's Coffee Shop on Pass Road that

the same right rear passenger of the Kia had now put on a ski mask and displayed a handgun

again. ████████ explained that as they got to Courthouse road that the Kia turned right and

Case # B22-00001370        Supplement # OIS Assistance
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

███████████ kept distance and turned right as well. ███████████ explained that the Kia turned left westbound at Commerce Street. As ███████████ made it to Commerce Street, he looked left to see where the Kia had went and observed the Kia backed into a parking lot with all of the windows up. ███████████ explained that he turned right eastbound on Commerce Street and as he did the Kia pulled out and started to turn right eastbound after them but then backed up and turned left going westbound.

At 6:48 p.m., I Interviewed ███████████ (███████████) inside of his residence at ███████████ Gulfport Police Department (GPD) Detectives Landon Williams (WILLIAMS) and Kristen Martin (MARTIN) were also present.

(Note: The following information was compiled from oral statements made by ███████████. The statements contained below are summarized and are not verbatim. This interview was electronically recorded with audio equipment.)

███████████ explained that on Thursday, October 6, 2022, he was riding with ██████ ███████████ in a white Chevrolet Volt southbound on Lorraine Cowan Road when he observed a silver Kia Soul driving erratic ahead of them. ███████████ explained that at some point the Kia was beside them and that all of the occupants were staring at them and the driver of the Kia gave them the middle finger. ███████████ explained that the rear right passenger of the Kia displayed a silver or black handgun, and he alerted ███████████ of the handgun and told him to drive away and to call 911. ███████████ explained that they attempted to get away from the Kia by speeding and not stopping at red traffic lights, but the Kia aggressively pursued them southbound on Lorraine Cowan Road. ███████████ explained that the Kia was able to pull

Case # B22-00001370          Supplement # OIS Assistance
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

beside them because of heavy traffic and that the right rear passenger had put on a camouflage ski mask and once again displayed the handgun. ▮▮▮▮ explained that he told ▮▮▮▮ to slow down in order to create distance behind the Kia. ▮▮▮▮ explained that the Kia turned right by the Peoples Bank and that they also turned right but stayed about three hundred yards behind the Kia. The Kia turned left at the next red traffic light and as they made it to the same light approximately thirty seconds later, ▮▮▮▮ looked left and observed the Kia backed into a driveway with all of the windows up. ▮▮▮▮ explained that ▮▮▮▮ made a right turn eastbound and that the Kia started to turn left eastbound like they were going to pursue them again but then the Kia turned right westbound instead.

End of Report (AL)

**Case #** B22-00001370        **Supplement #** OIS Assistance
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** Harrison County, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, at 5:55 p.m., I met with Harrison County Justice Court

(HCJC) Judge Nick Patano (PATANO), telephone number 228-865-4203, to request the issuance

of two search warrants. I requested that a search warrant be issued for a silver 2021 Kia Soul

that was bearing ████ license plate number ████, Vehicle Identification Number

████ which was located at 1016 Pass Road, Gulfport, Mississippi.

I also requested that a search warrant be issued for a blue 2005 Ford Expedition that was

bearing ████ license plate number ████, Vehicle Identification Number

████ which was located at ████

PATANO issued search warrants for both of the aforementioned vehicles. The search

warrants were executed at 6:00 p.m., and all items that were taken were inventoried.

End of Report (JMW)

**Case #** B22-00001370        Supplement # Search Warrants
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  037

Page **1** of **2**

SR Rev. 3/22

**Mississippi Bureau of Investigation**

**10/6/2022**

**Drafted by:** Jason Gazzo
**Location:** Harrison County
**Activity Type:** Full

On Thursday, October 06, 2022, I assisted Mississippi Bureau of Investigation (MBI) Special Agent (SA) Michael Westbrook (WESTBROOK), telephone ▉▉▉▉▉ in his investigation of an Officer Involved Shooting (OIS) involving the Gulfport Police Department (GPD). WESTBROOK advised that there were two witnesses at the GPD and requested that I interview them.



Once at the GPD, I discovered that the witnesses, ▉▉▉▉▉ (▉▉▉▉▉), telephone ▉▉▉▉▉, and ▉▉▉▉▉ (▉▉▉▉▉), telephone ▉▉▉▉▉ had already been interviewed by GPD Detective Mitchell Ashby (ASHBY), ▉▉▉▉▉ due to time restraints. These interviews were recorded and downloaded to a compact disc.



▉▉▉▉▉ advised that he had dash cam video and a cell phone video that captured events after the incident. ▉▉▉▉▉ freely signed a GPD Consent to Search Form and both videos were downloaded to a compact disc.

**Case #** B22-00001370        **Supplement #** Interview of ▉▉▉▉▉
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  038

Page 2 of 2

SR Rev. 3/22

WESTBROOK was provided the compact discs containing the aforementioned evidence and a copy of the signed GPD Consent to Search Form from ASHBY. All will be attached to this case file.

Case # B22-00001370    **Supplement #** Interview of ██████████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  039

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/6/2022**

**Drafted by:** James M. Westbrook

**Location:** Gulfport, Mississippi

**Activity Type:** Full

On Thursday, October 06, 2022, ███████████ (███████), date of birth ███████, telephone number ███████████, was interviewed at the Gulfport Police Department (GPD), located at 2220 15th Street, Gulfport, Mississippi, by GPD Investigator Mitchell Ashby (ASHBY), telephone number ███████. ASHBY authored a Report of Investigation (ROI) that I have attached to the "Supplemental Report" section of this case file. I attached a copy of a video recording of the interview with OSBORNE to this case file.

End of Report (JMW)

**Case #** B22-00001370    **Supplement #** Interview of ███████ by GPD Investigator
Mitchell Ashby
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/7/2022**

**Drafted by:** James M. Westbrook

**Location:** Gulfport, Mississippi

**Activity Type:** Full

On Friday, October 07, 2022, ███████████ (████████, date of birth ████████ telephone number ████████, was interviewed at the Gulfport Police Department (GPD), located at 2220 15th Street, Gulfport, Mississippi, by GPD Investigator Chris Kloc (KLOC), telephone number ████████ KLOC authored a Report of Investigation (ROI) that I have attached to the "Supplemental Report" section of this case file. I attached a copy of a video recording of the interview with ████████ to this case file.

End of Report (JMW)

**Case #** B22-00001370      **Supplement #** Interview of ████████ by GPD Investigator
Chris Kloc
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 2

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/10/2022**

**Drafted by:** James M. Westbrook

**Location:** 10451 Larkin Smith Drive, Gulfport, Mississippi

**Activity Type:** Full

On Monday, October 10, 2022, I interviewed ███████████ ██ ██, date of birth ████████, telephone number ████████ at the Harrison County Adult Detention Center (HCADC), located at 10451 Larkin Smith Drive, Gulfport, Mississippi. Those present for the interview were ██████ and myself.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with ██████. The communications of those present were electronically recorded with audio and video equipment.) The interview began at 3:04 p.m.

I presented ██████ with an Advice of Rights form and also read the form to him. ██████ read and signed the Advice of Rights form acknowledging that he clearly understood his rights. ██████ waived his right to remain silent and advised he would communicate with me.

After I advised ██████ of my identity and the nature of the interview, he provided the following information:

**Case #** B22-00001370                    **Supplement #** Second Interview of ██████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

I communicated with ▮▮ about details he conveyed to me on Thursday, October 06, 2022, during an interview I conducted with him while at the Gulfport Police Department (GPD). (Note: See Supplement titled, "Interview of ▮▮▮▮▮▮".) ▮▮ could not provide any additional information concerning the officer-involved shooting that occurred on October 06, 2022, that was not already discussed during his first interview. However, ▮▮ did say, "I really feel like the officer had something against Jaheim too though." (Note: ▮▮ was referring to Jaheim McMillan (MCMILLAN), date of birth ▮▮▮▮ The officer who discharged his weapon was GPD Officer Kenneth Michael Nassar (NASSAR), date of birth ▮▮▮▮.) ▮▮ explained that out of all of the individuals who were together inside the vehicle together, only Jaheim was shot. ▮▮ said the other officers who were at the scene did not discharge their weapons at anyone, but the one officer (NASSAR) did. ▮▮ said he did not know the officer who discharged his firearm.

▮▮ did not have any additional statements so the interview concluded at 3:16 p.m.

End of Report (JMW)

Case # B22-00001370
Reviewed by: Roger Moore

Supplement # Second Interview of ▮▮▮▮▮▮


This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 1

SR Rev 3/22

## Mississippi Bureau of Investigation

**10/10/2022**

**Drafted by:** James M. Westbrook

**Location:** 10451 Larkin Smith Drive, Gulfport, Mississippi

**Activity Type:** Full

On Monday, October 10, 2022, at 3:37 p.m., I made an attempt to conduct a second interview with ████████████ ██████ (█████, date of birth ████████ telephone number ███████████ at the Harrison County Adult Detention Center (HCADC), located at 10451 Larkin Smith Drive, Gulfport, Mississippi. ████████ advised me that he did not have additional information to provide that was not already discussed during his first interview. ████████ did not have any additional statements so the interview concluded at 3:39 p.m.

End of Report (JMW).

**Case #** B22-00001370
**Reviewed by:** Roger Moore

**Supplement #** Second Interview of █████████████

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 044

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/10/2022**

**Drafted by:** James Westbrook

**Location:** 10451 Larkin Smith Drive, Gulfport, Mississippi

**Activity Type:** Full

On Monday, October 10, 2022, at 3:42 p.m., I made an attempt to conduct a second interview with ███████ ██████, date of birth ███████ telephone number ██████████ at the Harrison County Adult Detention Center (HCADC), located at 10451 Larkin Smith Drive, Gulfport, Mississippi. ██████ advised that he did not want to speak with me without having an attorney present.

End of Report (JMW)

**Case #** B22-00001370          **Supplement #** Second Interview of ████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

City of Gulfport 1st Supp. Initial Disclosures  045

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/10/2022**

**Drafted by:** James M. Westbrook

**Location:** 10451 Larkin Smith Drive, Gulfport, Mississippi

**Activity Type:** Full

On Monday, October 10, 2022, I interviewed ▓▓▓▓▓ (▓▓▓), date of birth ▓▓▓▓ telephone number ▓▓▓▓ at the Harrison County Adult Detention Center (HCADC), located at 10451 Larkin Smith Drive, Gulfport, Mississippi. Those present for the interview were ▓▓▓ and myself.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with ▓▓▓. The communications of those present were electronically recorded with audio equipment.) The interview began at 3:20 p.m.

I presented ▓▓▓ with an Advice of Rights form and also read the form to him. ▓▓▓ declined to sign the Advice of Rights form and stated he did not want to communicate with me.

▓▓▓ did not have any additional statements so the interview concluded at 3:24 p.m.

End of Report (JMW).

**Case #** B22-00001370        **Supplement #** Second Interview of ▓▓▓▓▓
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

City of Gulfport 1st Supp. Initial Disclosures 046

Page 1 of 1

SR Rev. 3/22

# Mississippi Bureau of Investigation

**10/11/2022**

**Drafted by:** James M. Westbrook
**Location:** 16741-MS-67, Biloxi, Mississippi
**Activity Type:** Full

On October 11, 2022, at 9:00 a.m., I attended the postmortem examination that was performed on the body of Jaheim McMillan (MCMILLAN), which was conducted at the Office of the State Medical Examiner (OSME), located at address 16741-MS-67, Biloxi, Mississippi. State Medical Examiner (SME) Doctor Staci Turner (TURNER), telephone number ▮▮▮▮▮▮ performed the examination of MCMILLAN. TURNER stated that MCMILLAN's cause of death was a "gunshot wound of the head" and manner of death was "homicide."

On October 11, 2022, at 2:45 p.m., I received the Report of Postmortem Examination and the Report of Death Investigation for MCMILLAN from the OSME.

End of Report (JMW)

**Case #** B22-00001370        **Supplement #** Report of Postmortem Examination
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.
City of Gulfport 1st Supp. Initial Disclosures  047

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/11/2022**

**Drafted by:** James M. Westbrook
**Location:** 16741 MS-67, Biloxi, Mississippi
**Activity Type:** Full

On Tuesday, October 11, 2022, I interviewed Gulfport Police Department (GPD) Officer Kenneth Michael Nassar (NASSAR), date of birth ████████, telephone number ████████, at the Mississippi Bureau of Investigation Troop K Substation located at 16741 MS-67, Biloxi, Mississippi. Those present for the interview were NASSAR; his attorney, Russell Gill (GILL), telephone number ████████; and myself. The interview began at 11:19 a.m.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with NASSAR. The communications of those present were electronically recorded with audio and video equipment.)

I presented NASSAR with an Interrogation-Advice of Rights form and also read the form to him. NASSAR read and signed the Interrogation-Advice of Rights form acknowledging that he clearly understood his rights. NASSAR waived his right to remain silent and advised he would speak with me.

**Case #** B22-00001370        **Supplement #** Interview of Officer Kenneth Nassar
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

I advised NASSAR that his statements made during the interview could be used against him in criminal proceedings. I presented NASSAR with an MBI Criminal Investigation Warning form, to which he signed. After I advised NASSAR of my identity and the nature of the interview, he provided the following information:

NASSAR said he has been a certified police officer for six and a half years. He has been employed with GPD throughout this time.

NASSAR stated that on Thursday, October 06, 2022, around 2:30 p.m., GPD received a 911 call for service concerning a reckless driver traveling in the area of Marina Cantina, at 8813 Lorraine Road, Gulfport, Mississippi. The caller, ███████████ (███████████, telephone number ███████, complained that occupants inside a silver Kia Soul, bearing a ███████ license plate, were brandishing firearms while alongside his vehicle. ███████ advised that the Kia Soul was following him. NASSAR said ███████ informed GPD Dispatch that he was traveling through red traffic lights in order to evade the silver Kia Soul; however, the Kia Soul continued to follow him.

NASSAR advised that he, along with GPD Officer Benjamin Ford (FORD), telephone number ███████, traveled to Pass Road, in Gulfport, Mississippi, to conduct an "area check" in an attempt to locate the Kia Soul. NASSAR said that while stopped in traffic, at the corner of Pass Road and Eighth Avenue, he was looking to the right when he observed a Kia Soul traveling south on Eighth Avenue. NASSAR stated that the Kia Soul turned rapidly into the parking lot of the Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, and parked. NASSAR said he confirmed that a ███████ license plate was on the Kia Soul. NASSAR

Case # B22-00001370    Supplement # Interview of Officer Kenneth Nassar
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page **3** of **6**

SR Rev. 3/22

notified FORD that the Kia Soul had pulled into FD and that it was the vehicle described by GPD Dispatch.

NASSAR said FORD drove into the parking lot of FD, with his blue lights activated, and parked. NASSAR also drove into the parking lot and parked to the right of FORD's patrol vehicle. NASSAR observed multiple individuals moving inside the Kia Soul. NASSAR advised that two males then exited the Kia Soul and ran west on foot along the sidewalk of the front of FD, towards Eighth Avenue.

(Agent Note: Jaheim McMillan (MCMILLAN), date of birth ▮▮▮▮▮▮, a 15-year-old male, exited the right rear passenger seat of the Kia Soul. ▮▮▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮▮▮ a 16-year-old male, exited the front passenger seat of the Kia Soul. In addition to MCMILLAN and ▮▮▮, three (3) other occupants were traveling in the Kia Soul. These individuals were identified as the following: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮▮ a 17-year-old male. ▮▮▮▮▮▮ was the driver of the Kia Soul; ▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮▮ a 14-year-old male. ▮▮▮▮▮ was traveling in the middle of the rear seat; and ▮▮▮▮▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮▮ a 15-year-old male. ▮▮▮▮▮ was traveling in the left rear seat of the Kia Soul.)

Upon entering the parking lot of the FD, FORD exited his patrol vehicle and began running towards MCMILLAN and ▮▮▮ As FORD was approaching MCMILLAN and ▮▮▮, MCMILLAN turned and began running east on foot along the sidewalk in the front of FD. BELL continued running west.

Case # B22-00001370          Supplement # Interview of Officer Kenneth Nassar
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

(Agent Note: FORD pursued ▮ on foot along the left exterior side of FD. ▮ ran to a
wooded area where he was later located and taken into police custody. A pistol was discovered
along the route that ▮ was pursued.)

NASSAR stated that he identified himself as a Gulfport Police Officer and told
MCMILLAN to stop. NASSAR said he "observed a black object" in the right hand of
MCMILLAN and believed the object could have been a weapon. NASSAR advised that he gave
another verbal command for MCMILLAN to stop; however, MCMILLAN did not stop running.
NASSAR explained he was able to get "visual confirmation that it was a black handgun in his
(MCMILLAN) right hand." NASSAR stated that he commanded MCMILLAN to "drop it."
NASSAR said MCMILLAN then turned his body towards him while pointing the firearm in his
(NASSAR) direction. NASSAR said he was then in fear of serious bodily injury or death to
himself. At this time, NASSAR discharged his firearm while orienting his firearm toward
MCMILLAN. NASSAR estimated the distance between himself and MCMILLAN to be five to
seven yards. NASSAR explained that at the time he yelled for MCMILLAN to "drop it", there
were no loud noises, such as sirens from the police units, which could have caused MCMILLAN
not to hear his verbal commands. NASSAR could not provide any further description of the
handgun MCMILLAN was holding other than it was black in color.

NASSAR advised that while he was discharging his firearm, MCMILLAN continued
running east along the front of FD. NASSAR said as he discharged his firearm, MCMILLAN
"attempted to change direction" and go back west. NASSAR said as MCMILLAN turned "his
right hand was tucked by the side of his body". NASSAR explained at that time, he could no
longer see the firearm in MCMILLAN's hand but did believe MCMILLAN was still in

Case # B22-00001370        Supplement # Interview of Officer Kenneth Nassar
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

possession of his firearm and continued to pose a threat. NASSAR added that a parked vehicle momentarily blocked his view of MCMILLAN as he was moving to the east. NASSAR believed he discharged his firearm approximately eight times. NASSAR advised that at the time he discharged his firearm he believed that he was in imminent danger of death and/or bodily harm and that the object that was being held by MCMILLAN was a firearm. NASSAR explained that he did not utilize a less-than-lethal defense tool, such as a taser, during this incident because of his suspicion of MCMILLAN holding a deadly weapon.

NASSAR advised that after he discharged his firearm, MCMILLAN "collapsed to the ground." NASSAR said he called over the police radio to alert dispatch that shots had been fired and that FORD was in pursuit of another individual (████). Because of FORD being in pursuit of ████ and the FD building blocking his view of FORD, NASSAR believed that he was alone in the parking lot of FD with ████, ████ and ████. NASSAR then turned his attention to ████ and ████; therefore, he was not able to continue to focus on MCMILLAN. When other GPD officers arrived on the scene, ████, ████ and ████ were taken into custody without further incident.

NASSAR handcuffed MCMILLAN and checked him for additional weapons. No additional weapons were located on or under the body of MCMILLAN. NASSAR said he was later advised by other law enforcement officers that the handgun that MCMILLAN was in possession of was located in the parking lot of FD. NASSAR explained that it was common police practice to handcuff individuals, even though injured, who may have been involved in a crime.

Case # B22-00001370        Supplement # Interview of Officer Kenneth Nassar
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

NASSAR was driving a marked police unit and wearing a GPD-issued uniform, that was bearing police insignia, at the time of the shooting. NASSAR said he was wearing a video camera on his body at the time of the shooting; however, his department-issued patrol unit was not equipped with a video camera. NASSAR was photographed in his GPD uniform. He released the firearm he discharged during this incident to Biloxi Police Department (BPD) Crime Scene Unit (CSU) personnel. NASSAR described his firearm as a GPD-issued Glock, Model 17, 9-millimeter pistol.

As a result of the officer-involved shooting, MCMILLAN received injuries to his body. NASSAR said medical personnel did respond to the scene and provided medical aid to MCMILLAN. MCMILLAN was subsequently transported to Memorial Hospital (MH) at Gulfport.

NASSAR described the environment surrounding FD as having heavy traffic due to "Cruisin The Coast." The weather was a clear, sunny day.

The interview of NASSAR was concluded at 11:58 a.m.

End of Report (JMW)

Case # B22-00001370        Supplement # Interview of Officer Kenneth Nassar
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/11/2022**

**Drafted by:** James M. Westbrook
**Location:** 16741 MS-67, Biloxi, Mississippi
**Activity Type:** Full

On Tuesday, October 11, 2022, I interviewed Gulfport Police Department (GPD) Officer Benjamin Russell Ford (FORD), date of birth ▮▮▮▮, telephone number ▮▮▮▮ at the Mississippi Bureau of Investigation Troop K Substation located at 16741 MS-67, Biloxi, Mississippi. FORD's attorney, Russell Gill (GILL), telephone number ▮▮▮▮, was present for the interview.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with FORD. The communications of those present were electronically recorded with audio and video equipment.) The interview began at 12:12 p.m.

I presented FORD with an MBI Criminal Investigation Warning form, to which he signed. I advised FORD that his statements made during the interview could be used against him in criminal proceedings. After I advised FORD of my identity and the nature of the interview, he provided the following information:

**Case #** B22-00001370        **Supplement #** Interview of Officer Benjamin Ford
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 4

SR Rev. 3/22

FORD stated that on Thursday, October 06, 2022, GPD Dispatch received an emergency 911 call for service concerning a reckless driver that was traveling west on Pass Road in the area of Boozer's Brew, at 802 E Pass Road, Gulfport, Mississippi. The caller, ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ telephone number ▉▉▉▉▉▉ complained that occupants inside a silver Kia Soul, bearing a ▉▉▉▉ license plate, were brandishing firearms toward him. FORD said at some point, ▉▉▉▉▉ began following the Kia Soul and provided GPD Dispatch with directions the vehicle was traveling.

FORD said he traveled to the area of Courthouse Road because he believed the Kia Soul would be coming to the intersection of Courthouse Road and Pass Road. FORD advised he was later informed that the Kia Soul had turned north on Courthouse Road and that ▉▉▉▉▉▉ had lost sight of the vehicle. FORD stated that he, along with GPD Officer Kenneth Nassar (NASSAR), telephone number 228-868-5900, continued looking for the Kia Soul in the area of Pass Road and Eighth Avenue, in Gulfport, Mississippi.

FORD advised me that NASSAR communicated, via police radio, that he (NASSAR) observed the Kia Soul traveling south on Eighth Avenue. FORD stated he also observed the Kia Soul turn from Eighth Avenue and into the parking lot of the Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, where the vehicle stopped. FORD said the Kia Soul was bearing a Georgia license plate.

FORD informed me that he activated the blue lights on his patrol unit, drove into the parking lot of FD, and parked behind the Kia Soul. FORD said upon stopping his vehicle, two male individuals exited the Kia Soul and began running on foot. FORD explained that one of the

Case # B22-00001370          Supplement # Interview of Officer Benjamin Ford
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

SR Rev. 3/22

males ran to the left, around the front of the Kia Soul, and along the sidewalk in front of FD.
This individual was later identified as ████████ (████, date of birth ████████. FORD
advised that he began pursuing ████ on foot. FORD said he originally believed that ████ was
the driver of the Kia Soul; however, after viewing video recordings, he realized that ████ was
the front seat passenger of the Kia Soul. FORD advised that Jaheim McMillan (MCMILLAN),
date of birth ████████ was the other male who exited the right rear passenger seat of the Kia
Soul. FORD explained that MCMILLAN originally ran towards the front of FD and to the left,
but he eventually turned and ran to the right.

(Note: In addition to ████ and MCMILLAN, three (3) other occupants were traveling in
the Kia Soul. These individuals were identified as the following: ████████████████
(████████, date of birth ████████ a 17-year-old male. ████████ was the driver of the Kia
Soul; ████████ (████████, date of birth ████████ a 14-year-old male. ████████ was
traveling in the middle of the rear seat; and ████████████████ (████████, date of birth
████████ a 15-year-old male. ████ was traveling in the left rear seat of the Kia Soul.)

FORD said he pursued ████ on foot along the left exterior side of FD, parallel to Eighth
Avenue. FORD could not advise where NASSAR parked his patrol unit because he (FORD)
began pursuing ████ immediately after entering the parking lot of FD. Furthermore, because
FORD was on the west side of FD, the building blocked his view of NASSAR. FORD could not
recall ever seeing NASSAR in the parking lot of FD. FORD could not provide any details about
what occurred in front of FD in regards to NASSAR and MCMILLAN; however, he did hear
multiple gunshots coming from the front of FD. FORD could not recall hearing any verbal
commands from NASSAR.

Case # B22-00001370        Supplement # Interview of Officer Benjamin Ford
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  056



Page 4 of 4

SR Rev. 3/22

FORD explained that it was after he heard gunshots that he deployed his taser toward ███ FORD missed ███ when he discharged his taser. FORD said he lost sight of ███ during the foot pursuit. FORD informed me that a canine was utilized to locate ███ in a wooded area. ███ was taken into police custody without further incident.

FORD advised that he never observed any firearms on any of the individuals who exited the Kia Soul. FORD said he did not discharge his firearm during this incident.

FORD said he was driving a marked police unit and wearing a GPD-issued uniform that was bearing police insignia at the time of this incident. FORD was wearing a video camera on his body that captured the foot pursuit of ███. FORD's patrol unit was equipped with a video camera that captured what occurred in front of FD. The interview of FORD was concluded at 12:46 p.m.

End of Report (JMW)

Case # B22-00001370       Supplement # Interview of Officer Benjamin Ford
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  057

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/12/2022**

**Drafted by:** James M. Westbrook
**Location:** 2220 15th Street, Gulfport, Mississippi
**Activity Type:** Full

On Wednesday, October 12, 2022, I met with Gulfport Police Department (GPD) Chief of Police Adam Cooper (COOPER), telephone number ███████, at the GPD, at 2220 15th Street, Gulfport, Mississippi. I communicated with COOPER about obtaining video recordings from GPD officers' body cameras and patrol vehicle cameras. COOPER provided me with access to Axon, a video recording system that GPD utilizes.

On Wednesday, October 12, 2022, I downloaded multiple videos from Axon and copied the videos to DVDs. I attached the video recordings to this case file.

End of Report (JMW).

**Case #** B22-00001370          **Supplement #** Video recordings from Gulfport Police Department
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 2

SR Rev. 3-22

### Mississippi Bureau of Investigation

**10/13/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

On Thursday, October 13, 2022, I submitted a request form to Harrison County Adult Detention Center (HCADC), telephone number ▮▮▮▮▮ via email requesting the recorded jail telephone calls of ▮▮▮▮▮▮▮▮ (▮▮▮▮▮), date of birth ▮▮▮▮. ▮▮▮▮ was one of five juveniles present on Thursday, October 6, 2022, in the parking lot of Family Dollar (FD), address 1016 Pass Road, Gulfport, Mississippi, at the time an Officer-Involved Shooting (OIS) involving Gulfport Police Department (GPD) occurred. I received the recordings on said date.

The following information pertains to the captioned telephone calls of ▮▮▮▮▮

Call #202210070609_449017_▮▮▮▮_24

▮▮▮▮ communicated with an individual about three guns being in the vehicle he was traveling in.

Call #202210070627_449017_▮▮▮▮_23

**Case #** B22-00001370          **Supplement #** Recorded Jail Telephone Calls of ▮▮▮▮▮
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 2

SR Rev. 3/22

███████ communicated with an individual about Jaheim McMillan (MCMILLAN),

date of birth ███████ as being the one who "pointed the gun at the person out the window."

███████ also stated, "Two other people had guns on them." ███████ told the individual that

he was communicating with that MCMILLAN was running with a gun in his hand at the time he

was shot by a police officer.

Call #202210070658_449017_███████22

During the telephone conversation, ███████ stated, "I had road rage at the dude

because the dude cut me off about two or three times."

███████ described to the individual he was communicating with how MCMILLAN

was positioned at the time he (MCMILLAN) was shot.

Call #202210070705_449017_███████21

███████ communicated to an individual that MCMILLAN had a gun.

I attached the aforementioned telephone recordings to this case file.

End of Report (JMW).

Case # B22-00001370     Supplement # Recorded Jail Telephone Calls of 
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  060

Page 1 of 2

SR Rev 3/22

## Mississippi Bureau of Investigation

**10/13/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

On Thursday, October 13, 2022, I submitted a request form to Harrison County Adult Detention Center (HCADC), telephone number ████████ via email requesting the recorded jail telephone calls of █████████ (████), date of birth ████████. I received the recordings on said date.

The following information pertains to the captioned telephone call of ██████

Call # 202210070618_449014_████████34

████ communicated to an individual that "Jaheim got out the car and ran. He had a gun in his hand ... police shot him." Another individual asked ████ "Did he have a gun in his hand or not?" ████ replied, "yeah, he did." (Note: ████ was referring to Jaheim McMillan (MCMILLAN), date of birth ████████)

Call # 202210091514_449014_████████29

████ communicated with an individual about MCMILLAN "flashing" a gun.

**Case # B22-00001370**        **Supplement #** Recorded Jail Telephone Calls of 
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 2

SR Rev. 3/22

I attached the aforementioned telephone recordings to this case file.

End of Report (JMW).

**Case #** B22-00001370          **Supplement #** Recorded Jail Telephone Calls of 
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 2

SR Rev 3/22

## Mississippi Bureau of Investigation

**10/13/2022**

**Drafted by:** Alex Lizana
**Location:** Harrison County
**Activity Type:** Full

On Thursday, October 13, 2022, at 2:40 p.m., I responded to the Mobile Squad appliance store located at 1013 Pass Road, Gulfport, Mississippi to begin an area canvass to identify any possible witnesses and video surveillance concerning the investigation of an Officer Involved Shooting (OIS) that happened on Thursday, October 6, 2022. I spoke with employee ███████ (█████), address ██████████████ telephone number ████████ ███████ advised that she was working on Thursday, October 6, 2022, when the OIS happened and provided a written statement that is attached to this report. I then spoke with Mobile Squad employee ████████ (████ who advised that they had a video surveillance system but that only the owner, ████████ (████, could access the footage. I gave █████ my business card and she agreed to give it to ████████ so he could contact me. █████ explained that she was not working when the OIS occurred and did not want to provide her address or telephone number.

At 2:08 p.m., myself and Mississippi Bureau of Investigation (MBI) Supervisory Special Agent Roger Moore (MOORE) spoke with the owner of ████████████████████

**Case #** B22-00001370    **Supplement #** OIS Canvass
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22



[REDACTED] (, located at [REDACTED] which is also her

listed home address, telephone number [REDACTED] . [REDACTED] explained that she was working

when the OIS had occurred but that she did not witness it happen. [REDACTED] explained that she

had a video surveillance system and directed me to the monitor where all of the video feeds were

displayed but none of the cameras were positioned to capture the OIS location.



At 3:40 p.m., I contacted [REDACTED] (, address [REDACTED]

[REDACTED] , telephone number [REDACTED] by telephone. [REDACTED] agreed

to meet me at the MBI Biloxi office on Monday, October 17, at 11:00 a.m., for her witness

interview concerning the OIS.

Case # B22-00001370        Supplement # OIS Canvass
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

City of Gulfport 1st Supp. Initial Disclosures  064

SR Rev. 3/22

Page 1 of 1

## Mississippi Bureau of Investigation

**10/14/2022**

**Drafted by:** James M. Westbrook

**Location:** Harrison County, Mississippi

**Activity Type:** Full

On Friday, October 14, 2022, at 3:15 p.m., I met with Harrison County Justice Court

(HCJC) Judge Nick Patano (PATANO), telephone number ▊▊▊▊▊▊, at 345 Pass Road,

Gulfport, Mississippi. I provided PATANO with Returns for the search warrants of the 2021 Kia

Soul and 2005 Ford Expedition.  I filed the search warrants with the HCJC.

**Case #** B22-00001370          **Supplement #** Returns for Search Warrants
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 1

## Mississippi Bureau of Investigation

**10/14/2022**

**Drafted by:** James M. Westbrook

**Location:** 905 Cowan Road, Gulfport, Mississippi

**Activity Type:** Full

On Friday, October 14, 2022, I met with Cadence Bank Officer█████████

(████████, telephone number████████, at 905 Cowan Road, Gulfport, Mississippi.  I

presented ████████ with a Grand Jury Subpoena Duces Tecum for the exterior video camera

recordings from Cadence Bank.  The subpoena requested video recordings for the date of

October 6, 2022, between the time of 2:20 p.m. and 2:40 p.m.

End of Report (JMW).

Case # B22-00001370           Supplement # Subpoena for video recording from Cadence Bank
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 3

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Alex Lizana

**Location:** Harrison County

**Activity Type:** Full

On Friday, October 14, 2022, at 4:58 p.m., I Interviewed ███████████

███████, address ████████████████████████████████
telephone number ███████████ I conducted the interview inside his residence concerning an

Officer Involved Shooting (OIS) at the Family Dollar (FD) parking lot located at 1016 Pass

Road, Gulfport, Mississippi, that occurred on Thursday, October 6, 2022.

The following information was compiled from oral statements made by ████████

The statements contained below are summarized and are not verbatim. This interview was

electronically recorded with audio equipment.

███████ explained that on Thursday, October 6, 2022, he was driving a Chevrolet

Volt southbound on Lorraine Cowan Road with his brother, ███████████

███████, address ████████████████████ telephone

number █████████ ████████ explained that he observed a silver Kia driving recklessly

ahead of them in the same direction southbound on Lorraine Cowan Road.

**Case #** B22-00001370          **Supplement #** Interview of ████████████

**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

█████████ explained he continued southbound, and the Kia pulled alongside his vehicle, and the driver gave them the middle finger. ████████ advised that the silver Kia stopped beside them at a red traffic light by the Run and Tri Company (RTC) at the intersection of 9138 Carl Leggett Road. ████████ alerted ████████ that the right rear passenger of the Kia had displayed a handgun. ████████ explained that the handgun wasn't pointed at them. ████████ stated that he called 911 and attempted to escape the Kia by not stopping at a red traffic light. ████████ advised that the Kia pursued them down Lorraine Cowan Road, and the Kia ran the red traffic light. ████████ explained that he drove through the Bancorp South Bank parking lot to avoid another red traffic light and proceeded west on Pass Road to get away from the Kia, but the Kia also pursued them through the parking lot. ████████ explained that after they had passed Boozer's Coffee Shop on Pass Road that the Kia had passed them in the left lane and that the same right rear passenger of the Kia had now put on a ski mask and displayed a handgun again, but never pointed the handgun at them. ████████ explained that he followed the Kia while he was talking to 911 dispatchers. ████████ said that the Kia turned right and traveled southbound onto Courthouse Road, and he turned right as well keeping his distance.

████████ explained that the Kia turned left and traveled westbound at Commerce Street. ████████ advised that he made it to Commerce Street; he looked left to see where the Kia had gone and observed the Kia backed into a parking lot on the south side of Commerce Street with all of the windows up. ████████ explained that he turned right and traveled eastbound on Commerce Street. ████████ said that the Kia pulled out and started to turn right and traveled eastbound after them but then backed up and turned left, going westbound. ████████

Case # B22-00001370          Supplement # Interview of ████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page **3** of **3**

explained that he had informed the dispatcher of the current direction of the Kia and then ended the 911 call.

End of Report (AL)

**Case #** B22-00001370

**Reviewed by:** Roger Moore

**Supplement #** Interview of █████████

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 069

SR Rev 3/22

Page 1 of 2

## Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Jason Gazzo
**Location:** Harrison County
**Activity Type:** Full

On Monday, October 17, 2022, at 12:00 p.m., I interviewed ███████████ (███, telephone number ███████, in reference to her potentially witnessing the events surrounding the Officer Involved Shooting (OIS) on October 06, 2022. This interview took place at the Family Dollar (FD) located at 1016 Pass Road, Gulfport, Mississippi. ████ is the assistant manager of this particular FD and was working at the time of the incident.

███████ stated that on the date in question, she and the store manager, ████ █████████ (█████████, telephone number ████████ were working in the back of the store. ████ recalled hearing approximately five "popping sounds", which she initially thought to be firecrackers. ████ explained after determining that the sounds were gunshots, she and ███████ immediately laid on the floor for their safety. ████ stated that she and ████████ eventually made their way to the front of the store where she noticed a black male laying on the ground, handcuffed, and bleeding in the parking lot.

Case # B22-00001370        Supplement # Interview of ████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  070

Page 2 of 2

SR Rev. 3/22

███████ stated that the individual on the ground never entered the store.  When asked,

███████ could not recall anything of evidentiary value being said or done during or after the

incident.  The interview was concluded at 12:02 p.m.  The recorded interview of ███████ along

with her identifiers will be attached to this case file.

Case # B22-00001370          Supplement # Interview of ███████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Alex Lizana
**Location:** Harrison County
**Activity Type:** Full

On Monday, October 17, 2022, at 9:53 a.m., I Interviewed ███████████ (██████), address ██████████████████████ telephone number ████████ at the Mississippi Bureau of Investigation (MBI) Troop K office in reference to an Officer Involved Shooting (OIS) at the Family Dollar (FD) parking lot located at 1016 Pass Road, Gulfport, Mississippi.

The following information was compiled from oral statements made by ████████ The statements contained below are summarized and are not verbatim. This interview was electronically recorded with audio and video equipment.

██████████ explained that on Thursday, October 6, 2022, she had pulled into the parking lot of the FD in her gold General Motor Company (GMC) Terrain facing the building while working for Uber. ████████ explained she parked and waited for calls from potential customers. ████████ stated that she observed a lot of police officers and that she observed someone lying on the ground at the front door of FD with a police officer standing beside him. ████████ explained that

**Case #** B22-00001370    **Supplement #** ████████ Interview
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 072

SR Rev. 3.22

she thought she heard gunshots but was not sure. ████████ explained that she believes she heard gunshots as she was pulling into the FD parking lot and that she observed a male later to be identified as Jaheim McMillan (MCMILLAN) at the front doors of the FD with both of his empty hands up on the sides of his face. ████████ advised the next thing that she knew was that the same male MCMILLAN was on the ground. ████████ advised that more police officers arrived and began securing the scene. ████████ stated that she observed the police handcuffed at least two males who laid on the ground in the parking lot. ████████ explained that her GMC remained inside of the parking lot that was taped off by the police for approximately thirty minutes until she was permitted to move it by the police. ████████ explained that she observed an unknown female inside of a vehicle that was parked to the left of her who was crying and telling her male companion, who was outside of the vehicle recording with his phone, to take her home. ████████ explained that she never heard an ambulance siren coming but she did observe a stretcher next to the male, MCMILLAN who had been shot. ████████ explained that she left the scene as soon as the police allowed her to move her vehicle. ████████ explained that she attempted to video with her phone but only captured one photo of the scene. ████████ texted me a copy of the photo and I also took a photo of it to display the time.

End of Report (AL)

**Case #** B22-00001370        **Supplement #** ████████ Interview
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

City of Gulfport 1st Supp. Initial Disclosures  073

Page 1 of 2

SR Rev. 3/22

### Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Jason Gazzo

**Location:** Harrison County

**Activity Type:** Full

On Monday, October 17, 2022, at 12:38 p.m., I interviewed ███████████ ███████████ ( ███████████ ), telephone number ███████████ in reference to her potentially witnessing the events surrounding the Officer Involved Shooting (OIS) on October 06, 2022. This interview took place at ███████████ residence located at ███████████ ███████████ ███████████ is the manager of the Family Dollar where the OIS took place and was working at the time of the incident.

███████████ stated that she and ███████████ ( ███████ ), telephone number ███████ , were working in the back of the store when she heard numerous gunshots. ███████████ recalled witnessing several Gulfport Police Department (GPD) patrol vehicles in the parking lot, which she stated somewhat eased her panic.

███████████ eventually made her way to the front of the store where she noticed a young black male laying in the parking lot, bleeding.

**Case #** B22-00001370        **Supplement #** Interview of ███████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures 074

Page 2 of 2

SR Rev 3/22

████████████████ stated that the individual on the ground never entered the store, nor

did any of the occupant of the vehicle in question enter the store. ████████████████

explained she could not recall anything of evidentiary value being said or done during or after

the incident.  The interview was concluded at 12:42 p.m. The recorded interview of

████████████████ along with her identifiers will be attached to this case.

End of Report (JG)

Case # B22-00001370        Supplement # Interview of ████████████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

# Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Alex Lizana

**Location:** Harrison County

**Activity Type:** Full

On Monday, October 17, 2022, at 4:27 p.m., I  Interviewed ███████████ ██ ███████ ) address ███████ ██████████████ telephone number ████████. I conducted the interview at his aforementioned residence concerning an Officer Involved Shooting (OIS) at the Family Dollar (FD) parking lot located at 1016 Pass Road, Gulfport, Mississippi that occurred on Thursday, October 6, 2022.

The following information was compiled from oral statements made by ███████ The statements contained below are summarized and are not verbatim. This interview was electronically recorded with audio equipment.

 explained that on Thursday, October 6, 2022, he was riding with his brother, ██████ ( ████████ ) address ███████████ ██████, telephone number ████████ ██████ advised they traveled southbound on Lorraine Cowan Road when he observed a silver Kia Soul driving reckless ahead of them. ████████ explained that they had pulled alongside the Kia

**Case #** B22-00001370           **Supplement #** Interview of ██████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

at the red traffic light by the RaceTrac gas station and that all of the occupants were staring at them. ▓▓▓▓ explained that they continued traveling southbound on Lorraine Cowan Road and as they stopped at another red traffic light, ▓▓▓▓ advised he observed four to five African American teenage males staring at them again. After continuing southbound again, the Kia pulls alongside of them, and the driver of the Kia gave them the middle finger. ▓ ▓▓▓▓ explained that as they stopped at the first red traffic light by Run and Tri Company (RTC) that the rear right passenger of the Kia displayed a handgun. ▓▓▓▓ explained they didn't point the handgun at them during this encounter. ▓▓▓▓ alerted ▓ ▓▓▓▓ of the handgun and told him to run the red traffic signal which he complied and that ▓▓▓▓ then immediately called 911. ▓▓▓▓ explained that they attempted to get away from the Kia speeding and not stopping at the next red traffic light also by RTC, but the Kia began chasing them southbound also running the red lights. ▓▓▓▓ explained traffic was stopped at the Pass Road intersection due to another red light and that ▓▓▓▓ cut through the bank parking lot located on the northwest corner of Pass Road and proceeded westbound on Pass Road with the Kia still chasing them. ▓▓▓▓ explained the Kia was able to pull beside them after they had passed Boozer's Coffee shop and that the same right rear passenger had put on a camouflage ski mask. ▓▓▓▓ advised once again a handgun was displayed. ▓▓▓▓ explained that ▓▓▓▓ slowed down in order to create distance behind the Kia and continued to update the 911 dispatcher of the Kia's location and direction of travel. ▓▓▓▓ explained that the Kia turned right onto Courthouse Road and that they also turned right but stayed about three hundred yards behind the Kia. ▓▓▓▓ explained the Kia turned left at the next red traffic light and they made it to the same light approximately fifteen seconds later. ▓▓▓▓ looked left and observed the Kia backed into a driveway

Case # B22-00001370      Supplement # Interview of ▓▓▓▓
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

Page 3 of 3

SR Rev 3/22

with all of the windows up. ███████ explained that ███████ made a right turn

eastbound and that the Kia started to turn right eastbound like they were going to pursue them

again, then the Kia turned right and traveled westbound instead.

Case # B22-00001370          Supplement # Interview of ███████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  078

Page 1 of 1

SR Rev 3/22

## Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Alex Lizana

**Location:** Harrison County

**Activity Type:** Full

On Monday, October 17, 2022, at 1:34 p.m., I emailed ███████ (████████),
telephone number ████████ the owner of Mobile Squad located at 1013 Pass Road,
Gulfport, Mississippi. I was trying to ascertain video footage that may have been recorded by
his surveillance system of an Officer Involved Shooting (OIS) at the Family Dollar (FD) parking
lot located at 1016 Pass Road, Gulfport, Mississippi that occurred on Thursday, October 6, 2022.

On Tuesday, October 18, 2022, at 11:53 a.m., I received a telephone call from ████████
advising that he was currently emailing me the requested video footage captured by his security
system. I received the email while I was on the telephone with ████████ and he advised that he
had also provided a copy to the Federal Bureau of Investigation (FBI) by email also.

End of Report (AL)

**Case #** B22-00001370      **Supplement #** Mobile Squad Video
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.

Page 1 of **4**

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/17/2022**

**Drafted by:** Roger Moore

**Location:** Harrison County

**Activity Type:** Full

On Monday, October 17, 2022, at 8:56 a.m., I interviewed 

(⬛⬛⬛), date of birth ⬛⬛⬛, telephone number ⬛⬛⬛, address ⬛⬛⬛ ⬛⬛⬛ at the Mississippi Bureau of Investigation (MBI) Troop K

substation located at 16743 MS-67, Biloxi, Mississippi. Those present for the interview were

⬛⬛⬛ and myself.

The statements contained herein are summarized and are not verbatim. This report does

not memorialize all of the statements that were made during the interview with ⬛⬛⬛

The communications were electronically recorded with audio and video equipment. The

interview began at 8:56 a.m.

I explained to ⬛⬛⬛ my identity, the nature of the interview, and why he was

here at the MBI office. He provided the following information during the course of the interview

⬛⬛⬛ explained, on October 6, 2022, at around 2:30 p.m., he was sitting in his 2008

Mercury Mariner at the intersection of Eighth Avenue and Pass Road across from the

**Case #** B22-00001370          **Supplement #** Interview of ⬛⬛⬛
**Reviewed by:** Brad Garrett

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.
 City of Gulfport 1st Supp. Initial Disclosures  080

SR Rev. 3/22

Family Dollar (FD) store, telephone number ▓▓▓▓▓▓ address 1016 Pass Road, Gulfport,
Mississippi. ▓▓▓▓▓▓ advised that he was facing north, and no one was in front of him at
the traffic light. ▓▓▓▓▓▓ explained that while the traffic light was red, he observed a
Gulfport Police Department (GPD) unit in the parking lot of FD with blue lights on.
▓▓▓▓▓▓ advised he just thought stupid kids here for crusin the coast.

▓▓▓▓▓▓ explained that the first GPD officer exited the vehicle and took a
command stance behind his car's door and looked like he was giving commands. ▓▓▓▓▓▓
advised that he was in his 2008 MERCURY MARINER vehicle with all the windows in the up
position so that he couldn't hear any verbal commands. ▓▓▓▓▓▓ advised that from his
location, looks like the officer was given commands with one hand on his hip and the other on
top of the car. ▓▓▓▓▓▓ explained he was in the Navy for ten years, so he knows what a
command stance looks like. ▓▓▓▓▓▓ advised the distance from his location and FD was
between 50-70 yards.

▓▓▓▓▓▓ said he noticed two young men later identified as Jaheim McMillan
(MCMILLAN) date of birth ▓▓▓▓▓ a 15-years-old male, and ▓▓▓▓▓ (▓▓▓) date of
birth ▓▓▓▓. a 16-year-old male, standing in front of the store (FD). ▓▓▓▓▓▓ advised
that he never saw the two young men (MCMILLAN and ▓▓▓) exit a vehicle. ▓▓▓▓▓▓
noticed another unit (GPD) pulled up, which caught his attention. ▓▓▓▓▓▓ explained he
did observe a weapon in the hand of the young man (MCMILLAN) with a red top and jeans, but
he was not sure right or left hand that came up. ▓▓▓▓▓▓ said the young man in red got low
behind some cars. The second GPD arrived and took that stated command stance. ▓▓▓▓▓▓
explained that the second GPD officer drew his weapon. ▓▓▓▓▓▓ explained that as the

Case # B22-00001370        Supplement # Interview of ▓▓▓▓▓▓
Reviewed by: Brad Garrett

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

second young man ( ▓▓▓ ) in dark colored shirt turned and ran, he saw a gun in his hand to. ▓▓▓▓▓▓ said the GPD officer that did the initial traffic stop drew his weapon. All of a sudden, ▓▓▓▓▓▓ said he heard shots. ▓▓▓▓▓▓ said he heard between five and seven shots fired. ▓▓▓▓▓▓ explained that the guy in the red was behind a car, and he couldn't see him anymore. The guy in the dark shirt ran west and went around the building (FD). Two other people exited the car (KIA SOUL). Both got face down in the parking lot near a vehicle. ▓▓▓▓▓▓ advised the driver exited the vehicle (KIA SOUL) with hands up.

▓▓▓▓▓▓ advised that a third GPD unit arrived on the scene. ▓▓▓▓▓▓ suggested he had a perfect view of the store (FD). ▓▓▓▓▓▓ explained he didn't know if the young men entered or exited the store. ▓▓▓▓▓▓ thought it was a traffic stop.

▓▓▓▓▓▓ advised again that the young man (MCMILLAN) in the red raised his hand and that's when he saw the gun. ▓▓▓▓▓▓ explained that when the shooting started, he never saw him again.

▓▓▓▓▓▓ advised that once the traffic lights turned green, the shooting was over, and he headed home. ▓▓▓▓▓▓ advised that once he started traveling east on Pass Road, he saw a young man (MCMILLAN) wearing red on the sidewalk in front of FD. ▓▓▓▓▓▓ explained he didn't want to get involved, so he went to his residence at ▓▓▓▓▓▓ ▓▓▓▓▓▓

▓▓▓▓▓▓ advised that he goes to that FD a lot and attends church on ▓▓▓ ▓▓▓▓▓▓ down the street. ▓▓▓▓▓▓ explained why he didn't come forward earlier because he knows many people in the same area in the project. ▓▓▓▓▓▓ said he had been ▓▓▓▓▓▓ in Gulfport for years. ▓▓▓▓▓▓ explained that he recognized

Case # B22-00001370        Supplement # Interview of ▓▓▓▓▓▓
Reviewed by: Brad Garrett

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 4 of 4

SR Rev. 3/22

many people on the scene and didn't want to get involved. ███████ advised that on Friday,

Oct 7, 2022, he notified GPD and explained to the officer what he saw. The interview with

███████ concluded at 9:25 a.m.

End of Report (RM)

Case # B22-00001370          Supplement # Interview of ███████
Reviewed by: Brad Garrett

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this
document nor its contents are not to be distributed without prior written consent.
City of Gulfport 1st Supp. Initial Disclosures  083

Page 1 of 2

SR Rev. 3/22

## Mississippi Bureau of Investigation

**10/19/2022**

**Drafted by:** James M. Westbrook

**Location:** 624 26th Street, Gulfport, Mississippi

**Activity Type:** Full

On Wednesday, October 19, 2022, I interviewed ███████████ telephone number ███████, at his residence, located at ███████████████ Those present for the interview were myself and ████████ The interview began at 1:43 p.m.

After I advised ████████ of my identity and the nature of the interview, he provided the following information:

███████ said he rented a silver 2021 Kia Soul from Enterprise Rentals, located at 8455 Tennessee Avenue, Gulfport, Mississippi because his personal vehicle was involved in a collision. (Note: Records from Enterprise Rentals (EAN Holdings) show that ████████ obtained the Kia Soul on Tuesday, September 20, 2022.)



███████████ informed me that he raised ████████████, date of birth ███████, like a son because ████████s mother had neglected to raise him. ████████ told me that ████████ is also called "████████. ████████ is not the biological son of ████████

**Case #** B22-00001370     **Supplement #** Interview of ████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  084

SR Rev 3/22



▮▮▮▮ advised me that on Wednesday, October 05, 2022, between approximately 8:00 p.m. and 9:00 p.m., ▮▮▮▮ drove him to a friend's house in the Kia Soul. ▮▮▮▮ said he wanted to stay awhile at his friend's house so he allowed ▮▮▮▮ to depart in the Kia Soul. ▮▮▮▮ stated that he told ▮▮▮▮ to be sure to return and pick him up before 12:00 a.m. on Thursday, October 06, 2022. ▮▮▮▮ said ▮▮▮▮ never returned to pick him up.

▮▮▮▮ explained that he did give ▮▮▮▮ permission to drive the Kia Soul on October 05, 2022; however, ▮▮▮▮ emphasized that ▮▮▮▮ was not permitted to drive the vehicle after 12:00 a.m. on October 06, 2022. ▮▮▮▮ further stated he believed because ▮▮▮▮ did not return at the agreed time, ▮▮▮▮ had at that time taken the vehicle without his permission. ▮▮▮▮ said he was upset that ▮▮▮▮ did not return with the Kia Soul, so he informed Enterprise Rentals that ▮▮▮▮ had taken the vehicle without his permission.

▮▮▮▮ said he did not give anyone, other than ▮▮▮▮, permission to drive the Kia Soul. ▮▮▮▮ further stated that he did not give permission for anyone to ride in the Kia Soul with ▮▮▮▮

The interview of ▮▮▮▮ was concluded at 2:51 p.m.

End of Report (JMW).

Case # B22-00001370          Supplement # Interview of ▮▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 1

## Mississippi Bureau of Investigation

**10/26/2022**

**Drafted by:** James M. Westbrook

**Location:** 905 Cowan Road, Gulfport, Mississippi

**Activity Type:** Full

On Wednesday, October 26, 2022, I received a video camera recording via email from Cadence Bank Corporate Security Manager ███████ ████████ , telephone number ███ ██████ . The video footage was captured by an exterior camera that is owned by Cadence Bank, located at 905 Cowan Road, Gulfport, Mississippi.

The video recording depicts a Chevrolet Volt being followed by a Kia Soul through the parking area of Cadence Bank. I attached a copy of the video recording to this case file.

End of Report (JMW).

**Case #** B22-00001370     **Supplement #** Video recording from Cadence Bank
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

# Mississippi Bureau of Investigation

11/3/2022

**Drafted by:** Jason Gazzo
**Location:** Harrison County
**Activity Type:** Full

On Thursday, November 03, 2022, I completed a search warrant for the Instagram account information for Instagram ID: ban5itout_jaheim. During the course of this investigation, it was determined that this account, belonging to Jahiem McMillan (MCMILLAN), depicted what looks to be MCMILLAN, brandishing a firearm. The significance of this video is that the weapon brandished could potentially be the weapon MCMILLAN was in possession of during the incident with law enforcement on October 06, 2022.

Candace Gregory (GREGORY), telephone number 769-234-0893, with the Mississippi Attorney General's Office (AG) reviewed and approved the search warrant. Once approved, I submitted the search warrant to a Harrison County Circuit Court Judge Christopher Schmidt (SCHMIDT), telephone number 228-865-4167. SCHMIDT reviewed the document and deemed there was sufficient probable cause to sign the search warrant. On the same date, I uploaded the signed search warrant to Instagram's law enforcement portal and received confirmation that the warrant was received. The signed search warrant and the confirmation email will be attached to this case file.

**Case #** B22-00001370          **Supplement #** Instagram Search Warrant
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

On Wednesday, November 23, 2022, I received nearly thirty-five thousand (35,000) pages of content from MCMILLAN's Instagram account. After reviewing content (mainly videos and pictures) from the days nearest the incident, I was able to capture several images of MCMILLAN brandishing numerous firearms and suspected marijuana. Most notable is a video of MCMILLAN pointing a black Taurus firearm towards the camera. This is the same make and model of the weapon MCMILLAN was in possession of on the date of the incident. I have attached several photos from MCMILLAN's Instagram account to this case file. The entire file was too large to upload; however, a copy will be placed in the Mississippi Bureau of Investigation (MBI) Biloxi Sub-Station File Room.

**Case #** B22-00001370          **Supplement #** Instagram Search Warrant
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  088

SR Rev 3/22

## Mississippi Bureau of Investigation

**11/7/2022**

**Drafted by:** James M. Westbrook

**Location:** 2213 33rd Street, Gulfport, Mississippi

**Activity Type:** Full



On Monday, November 07, 2022, I interviewed ▮▮▮▮▮▮▮▮ date of birth ▮▮▮▮ telephone number ▮▮▮ at her residence, located at ▮▮▮▮▮ ▮▮▮▮▮▮ Those present for the interview were myself and ▮▮▮▮

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with ▮▮▮▮ The communications of those present were electronically recorded with audio equipment.) The interview began at 4:17 p.m.

After I advised ▮▮▮ of my identity and the nature of the interview, she provided the following information:

▮▮▮▮ informed me that on Thursday, October 06, 2022, she was inside Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi, with her seven-year-old granddaughter and eleven-year-old grandson. ▮▮▮▮ advised me she was inside FD walking toward the front doors of the building when she observed a police car driving into the

Case # B22-00001370          Supplement # Interview of ▮▮▮▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 3

SR Rev. 3/22

parking lot. ▮▮▮ said no blue lights were activated on the police car at the time it entered the parking lot. ▮▮▮ told me she was not sure, but the police officers may have been conducting a traffic stop in the parking lot of FD. ▮▮▮ said at that time, she walked to the rear of the store as she continued shopping.

While in the rear of the store, ▮▮▮ said she heard gunshots. ▮▮▮ explained she heard an initial gunshot followed by multiple other gunshots. ▮▮▮ believed she heard a total of six gunshots. ▮▮▮ advised she could hear bullets traveling through the inside of the store. ▮▮▮ said she initially believed that a gunman had entered FD, and the gunshots came from inside the building. ▮▮▮ stated that she was afraid so she hid with her two grandchildren. ▮▮▮ advised that she did not hear anything coming from the front of FD until she heard the gunshots.

▮▮▮ said about five minutes after hearing the gunshots, one of the employees of FD screamed out "he dead, they done shot him." ▮▮▮ informed me that she walked toward the front doors of the store and observed the body of a male lying on the ground. (Note: The male that was lying on the ground was Jaheim McMillan (MCMILLAN), date of birth ▮▮▮ ) ▮▮▮ could not recall what MCMILLAN was wearing, but she did remember MCMILLAN having "dreds." ▮▮▮ said she could see brains coming out of MCMILLAN's head. JOHNSON explained that a police officer rolled MCMILLAN over to his stomach and handcuffed him.

▮▮▮ emphasized that she, her two grandchildren, and two employees of FD were the only people inside the building at the time the shooting occurred. ▮▮▮ said she was sure no one else exited FD while she was present inside because once she entered FD she walked

Case # B22-00001370    Supplement # Interview of ▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  090

Page **3** of **3**

SR Rev 3/22

"all around the store." ████ ████ said that only one female exited FD as she ████████ was entering the store at the time she first arrived.

████ said she had started videoing the area with her camera phone, but she stopped videoing shortly thereafter. ████ told me she erased the video recording from her phone because she "had to get it off."

████ said she did not see a gun on the ground. ████ informed me that a white male, who was wearing a blue shirt and khaki pants, was in the parking lot and saying that MCMILLAN did not have a gun. (Note: The white male was identified as ████████ ████, date of birth ████, telephone number ████) ████ said she could hear ████ emphatically stating that MCMILLAN did not have a gun.

████ could not provide any additional information so the interview was concluded at 4:39 p.m.

End of Report (JMW).

Case # B22-00001370        Supplement # Interview of ████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**11/8/2022**

**Drafted by:** James M. Westbrook

**Location:** 26527 Highway 613, Lucedale, Mississippi

**Activity Type:** Full



On Tuesday, November 08, 2022, I interviewed ███████████████, date of birth █████, telephone number █████, at his █████ business, located at █████ ████████████████ Those present for the interview were myself and █████.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were made during the interview with █████ The communications of those present were electronically recorded with audio equipment.) The interview began at 10:42 a.m.

After I advised █████ of my identity and the nature of the interview, he provided the following information:



█████ informed me that on Thursday, October 06, 2022, he was traveling west in the left lane of Pass Road in Gulfport, Mississippi, in his green 2011 Ford F-250. █████ said he was stopped in the roadway because of heavy traffic. █████ advised there were approximately three to four vehicles stopped in front of him so he could not clearly see any further ahead

**Case # B22-00001370**          Supplement # Interview of █████████████

**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

beyond that distance. ████ said he observed two marked police vehicles drive into the parking lot of Family Dollar (FD), located at 1016 Pass Road, Gulfport, Mississippi. ████ believed the two police vehicles entered the parking lot of FD from Pass Road, but he was not certain how. ████ explained that the police vehicles were parked parallel to each other once entering the parking lot. In addition to the police vehicles, ████ only recalled seeing three or four other vehicles in the parking lot of FD. ████ said all of the vehicles were parked near the front entrance doors of FD.

████ explained that as soon as the police officers stopped, they began quickly exiting their vehicles. ████ said he could see that the officer that was farthest to the east had his firearm drawn. (Note: ████ was referring to Gulfport Police Department (GPD) Officer Kenneth Michael Nassar (NASSAR) who had parked his patrol vehicle to the east of GPD Officer Benjamin Ford (FORD).

████ also advised that two black male individuals exited a vehicle that was already parked in the parking lot of FD. (Note: The two individuals were identified as Jaheim McMillan (MCMILLAN), date of birth ████, and ████, date of birth ████) ████ said MCMILLAN and ████ exited a black-colored vehicle, but he then stated it could have been a white or a black-colored vehicle. ████ explained that MCMILLAN and ████ exited their vehicle almost simultaneously with the time NASSAR and FORD exited their patrol vehicles; however, NASSAR and FORD did exit their vehicles first. ████ said NASSAR and FORD were dressed in police uniforms. ████ said the windows of his vehicle were up and his radio was on, therefore, he was not able to hear anything that could have been communicated between NASSAR, FORD, MCMILLAN, and ████

Case # B22-00001370          Supplement # Interview of ████████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22



██████ advised that after MCMILLAN and ██████ exited their vehicle, they ran toward the front of their vehicle and then to the right, which would be toward the east. ██████ explained that ██████ was running behind MCMILLAN. ██████ said MCMILLAN was running between the front door and the west end of the building of FD when he "stopped and twitched back and forth like he knew he needed to run, in his mind, but he wasn't sure which way to go." ██████ explained that when MCMILLAN stopped running, ██████ also stopped and turned from running toward the east and began running toward the west. ██████ said FORD pursued ██████ on the west side of FD and he (██████) lost sight of them (FORD and ██████) at that time.

██████ believed that when MCMILLAN stopped running, he (MCMILLAN) must have decided "to run the other way." ██████ explained that when MCMILLAN stopped running east, he made a right turn which pointed him toward the south. ██████ said he heard six gunshots as MCMILLAN turned toward the south. ██████ informed me that MCMILLAN immediately fell to the ground as the gunshots were fired. ██████ estimated that the distance between NASSAR and MCMILLAN, at the time NASSAR discharged his firearm, was approximately fifteen feet. ██████ said he did not notice any clothing, firearms, or other objects lying in the parking lot, in the vicinity of MCMILLAN.



██████ said he never observed a gun in MCMILLAN's hands. ██████ explained that MCMILLAN was "a black young man, wearing a really dark black jacket/hoodie type thing, with very few bright colors on it. I never seen him have a gun. It's possible that he did have a gun, but I never seen him have a gun " ██████ further explained that if MCMILLAN did have a gun, "his (MCMILLAN) arms never went up." ██████ said MCMILLAN's elbows were

Case # B22-00001370        Supplement # Interview of ██████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 4 of 4

SR Rev 3/22

turning as if he was changing directions to run. ███████ also stated, "It happened fast. The young man was … um African American, he was wearing very dark clothes … um and if he would have had a gun in his hand, it would have been black as well. Everything would have been black." ███████ said MCMILLAN's jacket was "a big part of his silhouette … um … you really couldn't tell a lot where the jacket ended and the human began, you know, moving that fast."

███████ said he called 911 and reported that he observed the officer-involved shooting. ███████ informed me that he waited to call 911 because he was still trying to process what he had observed. ███████ said he told the 911 dispatcher that MCMILLAN did not have a gun. FUQUA said the dispatcher responded that the individual did have a gun. ███████ said he emphasized to the dispatcher that MCMILLAN did not have a gun. ███████ said from the time he observed the shooting until the time that he drove away from the area was approximately 15 to 30 seconds.

███████ said he read an article that reported that MCMILLAN's mother said MCMILLAN "had exited the Family Dollar with his arms up in the air" at the time he was shot by police. ███████ stated, "That was not what happened. That did not happen." ███████ emphasized that MCMILLAN was sitting inside the vehicle in the parking lot of FD and when MCMILLAN exited the vehicle, he never entered FD.

███████ could not provide any additional information so the interview was concluded at 11:27 a.m.

End of Report (JMW).

Case # B22-00001370      Supplement # Interview of ███████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 1

SR Rev. 3/22

## Mississippi Bureau of Investigation

**11/8/2022**

**Drafted by:** James M. Westbrook
**Location:** 16741 Highway 67, Biloxi, Mississippi
**Activity Type:** Full

On Tuesday, November 08, 2022, I met with Biloxi Police Department (BPD) Crime Scene Unit (CSU) Analyst Robert Jolly (JOLLY), telephone number ▮▮▮▮ at the Mississippi Bureau of Investigation (MBI) Troop K substation, located at 16741 Highway 67, Biloxi, Mississippi, to transfer evidence pertaining to this case. The items of evidentiary value were transferred from the custody of JOLLY to the custody of MBI.

On Tuesday, November 08, 2022, I, along with MBI Supervisory Special Agent (SSA) Roger Moore (MOORE), placed the aforementioned items into the MBI Evidence Vault.

A detailed receipt for the items that were transferred has been attached to this case file.

End of Report (JMW).

**Case #** B22-00001370          **Supplement #** Transfer of Evidence from BPD CSU to MBI
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

City of Gulfport 1st Supp. Initial Disclosures  096

SR Rev. 3/22

## Mississippi Bureau of Investigation

**11/15/2022**

**Drafted by:** James M. Westbrook

**Location:** 16741 Highway 67, Biloxi, Mississippi

**Activity Type:** Full

On Tuesday, November 15, 2022, I met with Biloxi Police Department (BPD) Crime Scene Unit (CSU) Analyst Robert Jolly (JOLLY), telephone number ▮▮▮▮▮▮ at the Mississippi Bureau of Investigation (MBI) Troop K substation, located at 16741 Highway 67, Biloxi, Mississippi, to receive the BPD CSU's Report of Investigation (ROI) pertaining to this case. The aforementioned ROI has been attached to this case file.

End of Report (JMW).

**Case #** B22-00001370        **Supplement #** Biloxi Police Department Crime Scene Unit ROI
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 2

SR Rev 3/22

## Mississippi Bureau of Investigation

**11/28/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

On November 28, 2022, I requested three ETrace Reports from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), telephone number ▮▮▮▮▮▮ for the following weapons: a purple-colored Glock 43X, 9-millimeter pistol, bearing serial number BWVC646; a black Glock 43, 9-millimeter pistol, bearing serial number BAXE676; and a black Taurus PT709 Slim, 9-millimeter pistol, bearing serial number TIX25730.

The ETrace Reports provided the following individuals as being the last known purchaser of the respective firearms:

 telephone number ▮▮▮▮▮▮ was listed as the purchaser of the purple-colored Glock 43X, 9-millimeter pistol, bearing serial number BWVC646.

 telephone number ▮▮▮▮▮▮ was listed as the purchaser of the black Glock 43, 9-millimeter pistol, bearing serial number BAXE676.

**Case #** B22-00001370        **Supplement #**ATF ETrace Reports
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page **2** of **2**

, telephone number ███████ was listed as the

purchaser of the black Taurus PT709 Slim, 9-millimeter pistol, bearing serial number TIX25730.

I have attached all three ATF ETrace Reports to this case file.

**Case #** B22-00001370    **Supplement #**ATF ETrace Reports
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 3

## Mississippi Bureau of Investigation

**11/30/2022**

**Drafted by:** James M. Westbrook

**Location:** 16741 MS-67, Biloxi, Mississippi

**Activity Type:** Full

On Wednesday, November 30, 2022, I interviewed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, date of birth ▮▮▮▮▮, telephone number ▮▮▮▮▮▮▮, at the Mississippi Bureau of Investigation Troop K Substation located at 16741 MS-67, Biloxi, Mississippi. Those present for the interview were myself and ▮▮▮▮.

(Note: The statements contained herein are summarized and are not verbatim. This report does not memorialize all of the statements that were spoken during the interview with ▮▮▮▮ The communications of those present were electronically recorded with audio and video equipment.) The interview began at 11:58 a.m.

After I advised ▮▮▮▮ of my identity and the nature of the interview, she provided the following information:

▮▮▮▮ advised me on Thursday, October 06, 2022, between 12:00 p.m. and 2:00 p.m., she was at Murphy USA gas station, located at 9350 US-49 N, in Gulfport, Mississippi. ▮▮▮▮ told me she parked her tan Ford F-150 on the outside pump of Murphy USA. ▮▮▮▮ advised

Case # B22-00001370          Supplement # Interview of ▮▮▮▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev 3/22

she observed a white or silver box-type vehicle that was bearing a ▮▮▮▮ license plate which was parked on the other side of the fuel pump of her vehicle. ▮▮▮▮ told me she observed one black male individual standing outside of the silver vehicle and three occupants seated inside the silver vehicle.

▮▮▮▮ stated she departed the area of the fuel pumps and got into the checkout line of Murphy USA. ▮▮▮▮ said while she was standing in the checkout line, she was located behind a young black male (first name unknown, last name unknown) (FNU LNU 1) who was wearing a camouflage full-face ski mask. ▮▮▮▮ later described FNU LNU 1 as being shorter than herself, approximately 5'4" tall. ▮▮▮▮ believed it was strange for someone to be wearing a ski mask when it was warm outside. ▮▮▮▮ stated, "it kind of freaked me out a little bit."

▮▮▮▮ explained that a cashier was taking a long time to checkout another customer who was in line at the sales counter. ▮▮▮▮ informed me that as she was standing in line, she observed FNU LNU 1 moving his left hand in and out of the pocket of his pants. ▮▮▮▮ said as FNU LNU 1 was moving his left hand she noticed "a purple handgun." ▮▮▮▮ advised after standing in line for four to five minutes, two other young black male individuals walked behind her. ▮▮▮▮ described one of these individuals (FNU LNU 2) as being taller than herself, and he had his four to five-inch unbraided hair combed out. ▮▮▮▮ advised me that FNU LNU 2 was wearing a white shirt and was not wearing a ski mask. ▮▮▮▮ explained the other individual (FNU LNU 3) was wearing a camouflage full-face ski mask and only his eyes were exposed. ▮▮▮▮ said FNU LNU 3 stated, "What the fuck is taking you so long." ▮▮▮▮ informed me that FNU LNU 3 had his hand on the butt of a dark-colored handgun which was located in the waistband of his pants. ▮▮▮▮ said FNU LNU 2 and FNU LNU 3 then walked away from the

Case # B22-00001370          Supplement # Interview of ▮▮▮▮▮▮▮▮
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent

Page 3 of 3

SR Rev. 3-22

checkout area. ███ informed me after FNU LNU 2 and FNU LNU 3 departed, FNU LNU 1 pulled off his ski mask and his purple gun came out a little further. ███ said at this point, she ran to her vehicle and departed Murphy USA.

███ advised me several hours after departing Murphy USA, she was made aware via the news that "a young man had been shot in one of the dollar store parking lots" in Gulfport, Mississippi. ███ said she also learned from the news that a vehicle bearing a ███ license plate was involved in the shooting. ███ believed the individuals (FNU LNUs 1, 2, & 3) she encountered at Murphy USA were the same individuals that were involved in the shooting.

███ stated she wanted to report what she observed to law enforcement officers; however, she did not because several people told her not to get involved. ███ said several weeks after the incident occurred, she called Gulfport Police Department (GPD) and left an anonymous tip.

███ advised she did not have any other information to provide so the interview was concluded at 12:26 p.m.

End of Report (JMW)

Case # B22-00001370          Supplement # Interview of ███████
Reviewed by: Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**12/6/2022**

**Drafted by:** James M. Westbrook

**Location:** 16741 Highway 67, Biloxi, Mississippi

**Activity Type:** Full

On Tuesday, December 06, 2022, I contacted ████████████████████ telephone number ██████████, after learning that ████████████ had purchased a Glock 43X, 9-millimeter pistol, from TGC Outdoors on Friday, September 16, 2022. The serial number for the Glock 43X is BWVC646. ████████████ communicated to me that he did purchase the aforementioned handgun and that the handgun was purple-colored.

████████████ advised me his Glock 43X handgun was stolen, but he did not know exactly when. ████████████ told me the last time he observed his handgun was on October 2, 2022, when he and his wife, ████████████, telephone number ████████ ████ were traveling to the Mississippi Gulf Coast for "Cruisin The Coast." ████████████ said his Glock 43X was located in the console of ████████████ s black Lexus RX350, license plate number ████ passenger car. ████████████ informed me two more of his handguns were in the console of the Lexus, and they were stolen as well. ████████████ described his other two handguns that were stolen as the following: 1- black Glock 43, 9-millimeter pistol, bearing serial

**Case #** B22-00001370        **Supplement #** Telephonic Conversation with ████████████
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 2 of 2

SR Rev. 3/22

number BAXE676, and 1- black Taurus PT709 Slim, 9-millimeter pistol, bearing serial number TIX25730.

████████ informed me that he did not know exactly when his handguns could have been stolen. ████████ said he stayed at Sienna On the Coast Hotel, located at 1200 Beach Drive, Gulfport, Mississippi, between the dates of October 02, 2022, and October 06, 2022. ██ ████████ explained to me he did not notice that his handguns were missing until several days after returning home to his address, located at ████████████████ ██ ████████ advised me he did not know which law enforcement agency to contact to report that the guns were stolen because he did not know the exact area in which the guns were stolen. ████████ old me he did not notice any damage to the Lexus that could have been caused by forced entry into the vehicle.

End of Report (JMW)

Case # B22-00001370
Reviewed by: Roger Moore

Supplement # Telephonic Conversation with 

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

Page 1 of 1

SR Rev. 3/22

# Mississippi Bureau of Investigation

**12/7/2022**

**Drafted by:** James M. Westbrook

**Location:** 16741 Highway 67, Biloxi, Mississippi

**Activity Type:** Full

On Wednesday, December 07, 2022, I contacted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone number ▮▮▮▮▮▮▮ and asked him if he would sign an affidavit swearing that his handguns were stolen as he stated during our previous conversation. (See Supplement report titled "Telephonic Conversation with ▮▮▮▮▮▮" that I authored in regards to ▮▮▮▮▮▮s handguns.) ▮▮▮▮▮ advised me that he would sign an affidavit.

On Wednesday, December 07, 2022, ▮▮▮▮▮ traveled to the Mississippi Bureau of Investigation (MBI) New Albany District Substation, located at 1103 Bratton Road, New Albany, Mississippi, and signed an affidavit swearing that he had three handguns stolen. I have attached a copy of ▮▮▮▮▮s affidavit to this case file.

End of Report (JMW)

**Case #** B22-00001370          **Supplement #** Sworn Affidavit of 
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

Page 1 of 1

## Mississippi Bureau of Investigation

**12/7/2022**

**Drafted by:** James M. Westbrook
**Location:** 16743 Highway 67, Biloxi, Mississippi
**Activity Type:** Full

On Wednesday, December 07, 2022, at 9:05 a.m., I, along with Mississippi Bureau of Investigation (MBI) Supervisory Special Agent (SSA) Roger Moore (MOORE), telephone number 228-396-7401, retrieved three handguns from the MBI Evidence Vault, located at 16741 Highway 67, Biloxi, Mississippi. The three handguns are described as the following: a purple-colored Glock 43X, 9-millimeter pistol, bearing serial number BWVC646; a black Glock 43, 9-millimeter pistol, bearing serial number BAXE676; and a black Taurus PT709 Slim, 9-millimeter pistol, bearing serial number TIX25730.

On Wednesday, December 07, 2022, at 9:27 a.m., I submitted the three aforementioned handguns to the Mississippi Forensic Laboratory (MFL), telephone number ███████ located at 16743 Highway 67, Biloxi, Mississippi, and requested that the guns be tested for the presence of latent prints. I attached the MFL Evidence Submission Form to this case file.

End of Report (JMW).

**Case #** B22-00001370       **Supplement #** Transfer of Handguns from MBI to Mississippi
Forensic Laboratory
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.

SR Rev. 3/22

## Mississippi Bureau of Investigation

**12/5/2022**

**Drafted by:** James M. Westbrook
**Location:** Harrison County, Mississippi
**Activity Type:** Full

I attest that all contents in this report have been cross-referenced using government and open-source databases with intelligence analyst support and are attached to the case file. Items of evidentiary value have been delivered to the appropriate forensics laboratories and are inventoried. All persons involved have been interviewed to the best of my ability, and all findings are deliverable to the Attorney General's Office (AGO). This investigation warrants no further Bureau activity and is closed. The receipt of delivery to the AGO is attached to the case file.

End of Report (JMW)

**Case #** B22-00001370     **Supplement #** Primary Case File Closing
**Reviewed by:** Roger Moore

This document contains neither recommendations nor conclusions of MBI. All contents are property of MDPS. Neither this document nor its contents are not to be distributed without prior written consent.