UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA DANIELLE MATEEN                              PLAINTIFF

VERSUS                                 CIVIL ACTION NO. 1:23-CV-306-TBM-RPM

CITY OF GULFPORT et al                          DEFENDANTS

**ORDER DENYING MOTION TO COMPEL THE CITY OF GULFPORT ATTORNEY TO PROVIDE A CLEAR AND UNREDACTED COPY OF THE ATTACHED DOCUMENT**

Before the Court is Plaintiff Katrina Danielle Mateen's [46] Motion to Compel the City of Gulfport Attorney to Provide a Clear and Unredacted Copy of the Attached Document. The "Attached Document" referred to in Plaintiff's motion is a redacted document from the Mississippi Bureau of Investigation ("MBI"). Doc. [46-1]. In the document, it appears the names, telephone numbers, and birthdates of individuals are redacted. *Id.* The City of Gulfport filed a response, in which it represents that it does not have possession of an unredacted version of the document. Doc. [56] at 3.

"This court cannot compel [a party] to produce documents that it does not have." *Bailey v. Monitronics Intern., Inc.*, No. 3:09-CV-158, 2014 WL 3867498, at *7 (S.D. Miss. Aug. 6, 2014). The City of Gulfport represents it does not have possession of the unredacted version of the document requested by Plaintiff. Doc. [55] at 2. Based on a review of the redacted document, which was provided to Plaintiff by the City of Gulfport in its pre-discovery initial disclosures, the Court presumes the unredacted version of the document is in the possession of the MBI. Doc. [46-1]. For these reasons, Plaintiff's motion to compel is denied.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's [45] Motion to Compel the City of Gulfport Attorney to Provide a Clear and Unredacted Copy of the Attached Document

is DENIED.

SO ORDERED, this the 9th day of August 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE