UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



KATRINA DANIELLE MATEEN,

**Plaintiff,**

Civil Action No. 1:23-00306-TBM-RPM

v.

CITY OF GULFPORT, **et,al**

**Defendants.**

**MOTION IN LIMINE TO QUASH AND STRIKE THE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

| | |
|---|---|
| Katrina Danielle Mateen | Jeffery S. Bruni |
| *In Pro Per* | *CITY ATTORNEY FOR GULFPORT* |
| 12069 George Street | P.O. Box 1780 |
| Gulfport, Mississippi 39503 | Gulfport, Mississippi 39502-1780 |
| Ph. (228)383-1663 | Ph. (228)868-5811 |

**NOW COMES,** the Plaintiff KATRINA DANIELLE MATEEN, by and through her motion in limine to quash and strike, pursuant to MRCP 12(f), the subpoena to testify at a deposition in a civil action, and states the following:

1. On August 2, 2024, the Gulfport City Attorney Jeffrey S. Bruni, has now again filed a subpoena to testify at a deposition in a civil action. See (Plf. Ex. No. 2; Subpoena Dated August 2, 2024);

2. On August 2, 2024, the Gulfport City Attorney Jeffrey S. Bruni, also attached an Exhibit-A to the subpoena. See (Plf. Ex. No. 3; Exhibit-A Dated August 2, 2024).

3. The Gulfport City Attorney Jeffrey S. Bruni, has obviously failed to understand that this case is only about Defendant Kenneth Nassar, shooting a 15 year old child to death, on October 6, 2022.

4. The City Attorney Jeffrey S. Bruni, must be ordered to produce the video tape, that shows Jaheim McMillan, had a Gun in his hand, at the time Defendant Kenneth Nassar, pulled the trigger on his Gun (Service Weapon Provided By Gulfport Police Department) that killed Jaheim McMillan). There is no one else on trial here.

5. The Court must quash and strike, the August 2, 2024, subpoena, and Exhibit-A.

## RELIEF REQUESTED

**WHEREFORE,** the for going reasons the Plaintiff KATRINA DANIELLE MATEEN, respectfully moves this Honorable Court, to grant her **MOTION IN LIMINE TO QUASH AND STRIKE THE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.**

Respectfully Submitted,

*[signature]*

Katrina Danielle Mateen
***In Pro Per***
12069 George Street
Gulfport, Mississippi 39503
Ph. (228)383-1663

Dated: August 8, 2024

## CERTIFICATE OF SERVICE

I, Katrina Danielle Mateen, being first duly sworn under the penalty of perjury, pursuant to 28 U.S.C. § 1746, says that on Monday, August 12, 2024, she served upon the clerk of the court, the original of the following legal documents: (1). Letter requesting discovery and objections; (2). **MOTION IN LIMINE TO QUASH AND STRIKE THE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION,** with attached plaintiff's exhibits 1,2, and 3; and (3). Proof of Service, by serving a true copy of same upon Jeffrey S. Bruni, City Attorney for Gulfport, P.O. Box 1780, in Gulfport, Mississippi 39502-1780, with first class postage attached thereon for delivery.

Respectfully Submitted,

*signature*

Dated: August 8, 2024

Katrina Danielle Mateen
*In Pro Per*
12069 George Street
Gulfport, Mississippi 39503
Ph. (228)383-1663