Form 4 (ND/SD Miss. Dec. 2011)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA DANIELLE MATEEN                                         PLAINTIFF

VS                                    CIVIL ACTION NO.: 1:23-cv-00306-TBM-RPM

CITY OF GULFPORT, No.. 1., is being sued in their (sic) official capacity
As the governing body for the City of Gulfport, Mississippi, located at
2309 15th Street, in Gulfport, Mississippi 39501 for protecting then
Officer/but now Sergeant Kenneth Nassar who shot and killed Jaheim
McMillan, on October 6, 2022, at the Family Dollar Store, located at
1016 Pass Road, in Gulfport, Mississippi 39501

AND

KENNETH NASSAR, No. 2, is being sued in his individual capacity
As Officer/but now Sergeant and was at all time relevant to these
Proceedings was employed by the Gulfport Police Department,
Located at 2220 15th Street, in Gulfport, Mississippi, 39501, while
Working under the color of state law at the time the Defendant shot
And killed Jaheim McMillan, on October 6, 2022, at the Family Dollar
Store, located at 1016 Pass Road, in Gulfport, Mississippi 39501          DEFENDANTS

### GOOD FAITH CERTIFICATE

All parties (on their own or through counsel) certify that they have conferred in good faith to
resolve the issues in question and that it is necessary to file the following motion:  Motion of
Defendant(s) to compel Plaintiff to produce her Pre-Discovery / Initial Disclosures.

The parties and counsel (where appropriate or applicable) further certify that:

✔ as appropriate:

_____    1.    The motion is unopposed by all parties.

_____    2.    The motion is unopposed by:

✔    3.    The motion is opposed by:

**X**    4.    The parties agree that replies and rebuttals to the motion will be submitted to the
magistrate judge in accordance with the time limitations stated in L.U.Civ.P.
7(b)(4).

_____


PLAINTIFF'S EXHIBIT
1

FORM 4 (ND/SD MISS. DEC. 2011)

This the _____8th_____ day of _____Aug_____, 2024

_____
Signature of Plaintiff

Katrina D. Mateen_____
Typed Name of Plaintiff


_____
Signature of Defendant's Attorney

Jeffrey S. Bruni, MS Bar No. 9573
Typed Name and Bar Number