## EXHIBIT "A"

*(to "Subpoena to Testify at a Deposition in a Civil Action" involving Larry D. Jones)*

(1) Any and all records involving, memorializing, related to, documenting, or serving as any type or sort of communications between or among Larry D. Jones ("you") or on your behalf and the Plaintiff, Katrina Mateen ("Plaintiff") or on her behalf, to include all text messages, emails, letters, correspondence, memos, notes, and any other form of communication memorialized, stored, or maintained in electronic, digital, or paper format.

(2) Any and all records serving as any agreement or contract between or among you or on your behalf and Plaintiff or on her behalf regardless of subject matter and to include, but not be limited to, all records, documents, and items that may exist only in digital, electronic, or paper format.

(3) Any and all invoices, bills, statements, time entries or sheets, receipts, and any other form of record of any billings issued by you or on your behalf to Plaintiff or anyone on her behalf involving anything to do with the October 6, 2022, incident sued upon in the above proceeding, the Plaintiff, and/or any aspect associated with or arising out of the above proceeding or in any way related to any of these matters, subjects, or areas.

(4) Any and all records involving any payment or exchange of any monies from Plaintiff or on her behalf to you or on your behalf or from you or on your behalf to Plaintiff or on her behalf, to include, but not be limited to, all checks, check book entries, banking records, financial records, records or documents that may only exist in digital or electronic format, account histories, ledgers, notes, memos, correspondence, text messages, screen shots, emails, and any other record, document, or item.

(5) Any and all records involving any aspect of the alleged October 6, 2022, incident sued upon in this proceeding, regardless of format, type or kind of record, document, or item and to include, but not be limited to, any and all records, documents, and items that may only exist in digital, electronic, or similar type format.

(6) invoices, bills, statements, time entries or sheets, receipts, and any other form of record of any billings issued by you or on your behalf to Plaintiff or anyone on her behalf involving anything to do with the October 6, 2022, incident sued upon in the above proceeding, the Plaintiff, and/or any aspect associated with or arising out of the above proceeding or in any way related to any of these matters, subjects, or areas.



PLAINTIFF'S EXHIBIT 3

(7) Any and all photographs or photographic depictions, regardless of type, kind, format, or source, that in any way involve, depict, show, relate to, or memorialize any of the alleged incidents or matters sued upon in this proceeding or arising therefrom or related thereto.

(8) Any and all video recordings, regardless of type, kind, format, or source, that in any way involve, depict, show, relate to, or memorialize any of the alleged incidents or matters sued upon in this proceeding or arising therefrom or related thereto.

(9) Any and all audio recordings, regardless of type, kind, format, or source, that in any way involve, depict, show, relate to, or memorialize any of the alleged incidents or matters sued upon in this proceeding or arising therefrom or related thereto.

(10) Any and all statements involving any person or witness, regardless of type, kind, format, or source, that in any way involve, relate to, arise out of, or memorialize any of the alleged incidents or matters sued upon in this proceeding or arising therefrom or related thereto.

(11) Any and all records, documents, and items involving, memorializing, related to, documenting, or serving as any type or sort of communications between or among Larry D. Jones ("you") or on your behalf and/or the Plaintiff, Katrina Mateen ("Plaintiff") or on her behalf and any person claiming by you, Plaintiff, or anyone else to be a witness to the alleged October 6, 2022, incident sued upon or any other aspect or matter associated with, involving, or arising out of this proceeding, to include all text messages, emails, letters, correspondence, memos, notes, audio and/or video recordings, and any other form of record, document, or item memorialized, stored, or maintained in electronic, digital, or paper format.

(12) Any and all records, documents and items that identify any person claiming by you, Plaintiff, or anyone else to be a witness to the alleged October 6, 2022, incident sued upon or any other aspect or matter associated with, involving, or arising out of this proceeding, to include all text messages, emails, letters, correspondence, memos, notes, audio and/or video recordings, and any other form of record, document, or item memorialized, stored, or maintained in electronic, digital, or paper format.