To:

Jeffrey S. Bruni
City Attorney for Gulfport
P.O. Box 1780
Gulfport, Mississippi 39502-1780

**LETTER REQUESTING**
**DISCOVERY AND OBJECTIONS**

RE: Katrina Mateen v. City of Gulfport,
     Civil Action Number: 1:23-CV-00306-TBM-RPM

August 8, 2024

Attn: Mr. Jeffrey S. Bruni:

    This correspondence is to again memorialize that you have failed to submit the pre-discovery/initial disclosures pertaining to the Defendant Kenneth Nassar, shooting Jaheim McMillan, on **October 6, 2022, at the Family Dollar Store, Located at 1016 Pass Road,** in Gulfport, Mississippi 39501 as required by the applicable Rules of Civil Procedure. In fact, your production of these disclosures of Defendant Kenneth Nassar, shooting the 15 year old Jaheim McMillan, as well as the video tape showing Jaheim McMillan, had an actual Gun in his Hand, at the time he was shot, was required to have occurred several months ago. Please consider this letter as my good faith attempt to resolve this discovery dispute. If I do not have the required disclosures from you within seven (7) days of the date of this letter, I will be forced to seek the appropriate relief from the Court. Enclosed is the "**Good Faith Certificate – Stating The Motion Is Opposed By: Katrina Mateen**." See (Plf. Ex. No. 1; Good Faith Certificate Dated August 8th 2024). Your failure to provide the video tape of Jaheim McMillan, having a Gun in his hand, before he was shot by the Defendant Kenneth Nassar, will be taken as a refusal to cooperate, with this request for discovery materials.

Respectfully,

*/s/ Katrina M____*

Katrina Danielle Mateen
12069 George Street
Gulfport, Mississippi, 39503

KDM/

CC: Jeffrey S. Bruni

1