UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA DANIELLE MATEEN                                PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:23-CV-306-TBM-RPM

CITY OF GULFPORT et al                                DEFENDANTS

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

This matter is before the Court following Plaintiff Katrina Danielle Mateen's [75] "Motion in Limine to Quash and Strike the Subpoena to Testify at a Deposition in a Civil Action." Plaintiff asks this Court to quash and strike subpoena commanding Larry D. Jones to testify at a deposition. *See* Doc. [75-2]. This deposition is noticed for August 21, 2024, at 9:00 a.m. Doc. [70]. Given the timing of this deposition, the Court shall set an expedited briefing schedule on the pending motion filed by Plaintiff.

IT IS THEREFORE ORDERED AND ADJUDGED that, **on or before August 19, 2024**, Defendant shall file a response to Plaintiff's "Motion in Limine to Quash and Strike the Subpoena to Testify at a Deposition in a Civil Action."

SO ORDERED, this the 13th day of August 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE