UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



KATRINA DANIELLE MATEEN,

**Plaintiff,**

Civil Action No. 1:23-00306-TBM-RPM

v.

CITY OF GULFPORT, **et,al**

**Defendants.**

**MOTION FOR EXTENSION OF TIME FOR (30) DAYS TO FILE OBJECTIONS TO UNITED STATES DISTRICT JUDGE TAYLOR B. McNEEL AUGUST 8, 2024, MEMORANDUM OPINION AND ORDER**

| | |
|---|---|
| Katrina Danielle Mateen | Jeffery S. Bruni |
| *In Pro Per* | *CITY ATTORNEY FOR GULFPORT* |
| 12069 George Street | P.O. Box 1780 |
| Gulfport, Mississippi 39503 | Gulfport, Mississippi 39502-1780 |
| Ph. (228)383-1663 | Ph. (228)868-5811 |

**NOW COMES,** the Plaintiff KATRINA DANIELLE MATEEN, by and through her motion for extension of time, pursuant to Fed. R. Civ. P. 6(b), for (30) days to file objections to United States District Judge Taylor B. McNeel, August 8, 2024, Memorandum opinion and order. See (Plf. Exhibit-No. 1; Memorandum Opinion and Order).

1

## RELIEF REQUESTED

**WHEREFORE,** the for going reasons the Plaintiff KATRINA DANIELLE MATEEN, respectfully moves this Honorable Court, to grant her **MOTION FOR EXTENSION OF TIME FOR (30) DAYS TO FILE OBJECTIONS TO UNITED STATES DISTRICT JUDGE TAYLOR B. McNEEL AUGUST 8, 2024, MEMORANDUM OPINION AND ORDER**

Respectfully Submitted,

*Katrina Mateen*  
Katrina Danielle Mateen  
*In Pro Per*  
12069 George Street  
Gulfport, Mississippi 39503  
Ph. (228)383-1663

Dated: August 22,2024

## CERTIFICATE OF SERVICE

I, Katrina Danielle Mateen, being first duly sworn under the penalty of perjury, pursuant to 28 U.S.C. § 1746, says that on ***Thursday***, August 22, 2024, she served upon the clerk of the court, the original of the following legal documents: (1). **MOTION FOR EXTENSION OF TIME FOR (30) DAYS TO FILE OBJECTIONS TO UNITED STATES DISTRICT JUDGE TAYLOR B. McNEEL AUGUST 8, 2024, MEMORANDUM OPINION AND ORDER**. See (Plf. Exhibit-

No. 1; Memorandum Opinion and Order); by serving a true copy of same upon Jeffrey S. Bruni, City Attorney for Gulfport, P.O. Box 1780, in Gulfport, Mississippi 39502-1780, with first class postage attached thereon for delivery.

Respectfully Submitted,

*Katrina Mateen* (signature)

Katrina Danielle Mateen
***In Pro Per***
12069 George Street
Gulfport, Mississippi 39503
Ph. (228)383-1663

Dated: August 22, 2024