IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

SEPTEMBER 2022 TERM

<u>PARTIAL GRAND JURY REPORT</u>

The Grand Jury has investigated the circumstances leading up to the shooting of Jaheim McMillan, by an officer of the Gulfport Police Department on October 6, 2022, and makes the following report:

After full and deliberate consideration of all the facts and circumstances leading up to the October 6, 2022, shooting of Jaheim McMillan, and the circumstances as they existed at the time of the shooting, the Grand Jury finds no criminal conduct on behalf of the officer involved from the Gulfport Police Department.

Therefore, we find that no further action is warranted by this body.

Respectfully submitted this the 22 day of February, 2023.

_____
Foreman of the Grand Jury
September 2022 Term Grand Jury

I hereby certify that the above and foregoing constitutes a true and correct copy.
Connie Ladner
Circuit Court Clerk
By _____

FILED
FEB 22 2023
CONNIE LADNER
CIRCUIT CLERK
By _____ D.C.

**EXHIBIT "B"**