IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA DANIELLE MATEEN                                              PLAINTIFF

VS                          CIVIL ACTION NO.: 1:23-cv-00306-TBM-RPM

CITY OF GULFPORT, No.. 1., is being sued in their (sic) official capacity
As the governing body for the City of Gulfport, Mississippi, located at
2309 15th Street, in Gulfport, Mississippi 39501 for protecting then
Officer/but now Sergeant Kenneth Nassar who shot and killed Jaheim
McMillan, on October 6, 2022, at the Family Dollar Store, located at
1016 Pass Road, in Gulfport, Mississippi 39501

AND

KENNETH NASSAR, No. 2, is being sued in his individual capacity
As Officer/but now Sergeant and was at all time relevant to these
Proceedings was employed by the Gulfport Police Department,
Located at 2220 15th Street, in Gulfport, Mississippi, 39501, while
Working under the color of state law at the time the Defendant shot
And killed Jaheim McMillan, on October 6, 2022, at the Family Dollar
Store, located at 1016 Pass Road, in Gulfport, Mississippi 39501                DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF CANDACE YOUNG

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid on this the 19th day of September, 2024, CANDACE YOUNG, who, after being duly sworn, deposes and says on oath the following, to-wit:

1. I am an adult resident citizen of Harrison County, Mississippi, have never been convicted of a felony, and have personal knowledge of the matters and information stated in this Affidavit.

**EXHIBIT "D"**

2. I am presently employed as a Crime Scene Investigator with the Biloxi Police Department and have continuously served in this capacity since December of 2019, having been continuously employed with the Biloxi Police Department since 2018.

3. Attached as Exhibit "1" to this Affidavit is a true and correct copy of the first page of my official Investigative Narrative Report that I authored as part of investigative work I performed on behalf of the Biloxi Police Department and the Mississippi Bureau of Investigation related to an officer-involved shooting incident that occurred on October 6, 2022, at the outside front area of the Family Dollar store located at 1016 Pass Road in Gulfport, Mississippi.

4. The gun that I found and collected in the parking lot in front of the ice cooler as identified in page one (1) of my Investigative Narrative Report (attached to this Affidavit as Exhibit "1") is also seen in (and is the only gun shown in) the attached three (3) photos taken at this scene on October 6, 2022, all of which are collectively attached to this Affidavit as Exhibit "2" and which show the gun to be located in the parking lot area near the sidewalk in front of the ice cooler and the front of the Family Dollar store.

_____
CANDACE YOUNG
AFFIANT

GIVEN UNDER MY HAND and official seal, this the  19TH  day of September, 2024.

_____
NOTARY PUBLIC
RENAE ROSSCUP
Commission Expires
Dec. 18, 2027

My Commission Expires:

Dec. 18, 2027

2

INVESTIGATIVE NARRATIVE

22101353

INV. CANDACE YOUNG #138

On October 6, 2022 at approximately 15:45, Sergeant R. Jolly (#33) notified Investigator B. Teates (#82) and me of an officer involved shooting in Gulfport. Sergeant Jolly advised Mississippi Bureau of Investigation (MBI) requested our unit respond to the scene at 1016 Pass Road (Family Dollar) to assist with processing. Upon arrival we made contact with MBI Investigators on scene.

I collected eight (8) spent Speer brand 9MM Luger shell casings (EX #138-01 through EX #138-08) from the parking lot in front of the Gulfport Police Department Unit #4033 (MS Tag: G 82971). I collected a projectile (EX #138-09) from the parking lot between the curb and a parked Toyota Avalon (MS Tag: HAQ 0771). I collected a Taurus Model 709 handgun (EX #138-10) from the parking lot in front of the ice cooler. The weapon was loaded with eight (8) rounds of unspent ammunition (7 Rounds of F.C. 9MM Luger and 1 Round of PPU 9mm Luger). I collected another projectile (EX #138-11) from the parking lot between two parked vehicles, the Avalon and a Hyundai Sonata (MS Tag: HAR 8072). I also collected two (2) projectile fragments (EX #138-12 and EX #138-13) from the parking lot in between the parked Avalon and Sonata.

I continued by collecting a Realtree brand camouflage face mask (EX #138-14) from the parking lot between two (2) vehicles, the Avalon and a Kia Soul (GA Tag: CAJ7694). I then collected two (2) unspent rounds of Federal Cartridge Company brand 9MM Luger ammunition (EX #138-15) from the parking lot between the Soul and a Nissan Versa (No Tag). I also collected two (2) additional unspent rounds of Federal Cartridge Company brand 9MM Luger ammunition individually (EX #138-16 and EX #138-17) from the same area of the parking lot. I continued by collecting three (3) projectile fragments (EX #138-18 through EX #138-20) from the sidewalk in front of the entrance. I also collected a projectile (EX #138-21) and four (4) additional projectile fragments (EX #138-22 through EX #138-25) from the same area of the sidewalk in front of the entrance.

I moved to the sidewalk to the West of the entrance, where I collected four (4) rounds of unspent Hornady brand 9MM Luger ammunition (EX #138-26, EX #138-28, EX #138-30, and EX #138-31) and two (2) rounds of unspent Winchester brand 9MM

**AFFIDAVIT OF CANDANCE YOUNG EXHIBIT "1"**



**AFFIDAVIT OF CANDANCE YOUNG EXHIBIT "2"**



