## Affidavit of Travis Ryan Bramlett

**State of Mississippi**

**County of Union**

I, Travis Ryan Bramlett, being duly sworn deposes and states as follows under penalty of perjury:

1. My name is Travis Ryan Bramlett. I am presently 41 years old. My current address is 1972 County Road 47, New Albany, Mississippi 38652.
2. The purpose of this Affidavit is to swear that my handguns were stolen.
3. On October 02, 2022, I, Travis Ryan Bramlett, traveled to the Mississippi Gulf Coast for "Cruisin The Coast." I stayed at Sienna On the Coast Hotel, located at 1200 Beach Drive, Gulfport, Mississippi, between the dates of October 02, 2022, and October 06, 2022. Several days after departing Gulfport, Mississippi, I observed that three of my handguns were missing from my wife's black Lexus RX350 passenger car. The last time I observed my handguns in the console of the Lexus car was on October 2, 2022. My guns that were stolen were the following: a purple-colored Glock 43X, 9-millimeter pistol, bearing serial number BWVC646; a black Glock 43, 9-millimeter pistol, bearing serial number BAXE676; and a black Taurus PT709 Slim, 9-millimeter pistol, bearing serial number TIX25730. I did not know which law enforcement agency to contact to report that the guns were stolen because I did not know the location where the guns were stolen.

I hereby swear or affirm that the information above is true and accurate and complete to the best of my knowledge, and that no relevant information has been omitted.

Dated:

12-7-22

Signature of Affiant

**EXHIBIT "E"**

_____ Notary Public

_____ My Commission Expires

_____