

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA DANIELLE MATEEN                                              PLAINTIFF

VS                                        CIVIL ACTION NO.: 1:23-cv-00306-TBM-RPM

CITY OF GULFPORT, No.. 1., is being sued in their (sic) official capacity
As the governing body for the City of Gulfport, Mississippi, located at
2309 15th Street, in Gulfport, Mississippi 39501 for protecting then
Officer/but now Sergeant Kenneth Nassar who shot and killed Jaheim
McMillan, on October 6, 2022, at the Family Dollar Store, located at
1016 Pass Road, in Gulfport, Mississippi 39501

AND

KENNETH NASSAR, No. 2, is being sued in his individual capacity
As Officer/but now Sergeant and was at all time relevant to these
Proceedings was employed by the Gulfport Police Department,
Located at 2220 15th Street, in Gulfport, Mississippi, 39501, while
Working under the color of state law at the time the Defendant shot
And killed Jaheim McMillan, on October 6, 2022, at the Family Dollar
Store, located at 1016 Pass Road, in Gulfport, Mississippi 39501         DEFENDANTS

### NOTICE OF CONVENTIONAL FILING

PLEASE TAKE NOTICE that the following Exhibits referenced in the Affidavit of Officer Kenneth Nassar (Exhibit "C") of the "Motion of Officer Kenneth Nassar for Summary Judgment Pursuant to Fed. R. Civ. P. 56" [Doc 83] cannot be filed electronically and therefore, are being submitted to the Clerk of Court:

1. Exhibit "1" to the Affidavit of Officer Kenneth Nassar – Digital Video Disc (DVD) containing a video released by the Mississippi Bureau of Investigation; and

2. Exhibit "2" to the Affidavit of Officer Kenneth Nassar – Digital Video Disc (DVD) containing a true and correct copy of the Body Worn Camera Video of Officer Kenneth Nassar.

RESPECTFULLY SUBMITTED, this the __20th__ day of September, 2024.

                                   OFFICER KENNETH NASSAR,
                                   Defendant

                                   By: _s/ Jeffrey S. Bruni_____.
                                       JEFFREY S. BRUNI, ESQ.
                                       Attorney for Officer Kenneth Nassar
                                       MS Bar License No. 9573

## CERTIFICATE OF SERVICE

I, Jeffrey S. Bruni, Esq., Attorney for the City of Gulfport, Mississippi, do hereby certify that I have on this date electronically filed the above and foregoing document with the Clerk of the Court using the ECF/MEC system, and will forward it via US Postal Service to the Plaintiff, Katrina Mateen, 12069 George Street, Gulfport, Mississippi 39503 and to all counsel of record who have made an appearance in this matter.

This the 20th day of September, 2024.

                                                                 _____
                                                                  JEFFREY S. BRUNI

JEFFREY S. BRUNI, ESQ.
POST OFFICE BOX 1780
GULFPORT, MISSISSIPPI 39502
TELEPHONE: (228) 868-5811
FACSIMILE: (228) 868-5795