Ex 1 to
Ex C

Katrina Mateen v
Kenneth Nassar
1:23-cv-00306-TBM-RPM





Officer Kenneth Nassar
Exhibit 1
MBI VIDEO

Ex 2 to
Ex C

Katrina Mateen v
Kenneth Nassar
1:23-cv-00306-TBM-RPM



Officer Kenneth Nassar
Exhibit 2
Body Worn Camera