IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PLAINTIFF: KATRINA DANIELLE MATEEN

vs.    CIVIL ACTION NO.: 1:23-cv-00306-TBM-RPM

DEFENDANT(S):

CITY OF GULFPORT

AND

KENNETH NASSAR

**MOTION OF EXTENSION IN TIME TO RESPOND TO SUMMARY JUDGMENT**

I, KATRINA DANIELLE MATEEN, the PLAINTIFF in the above-styled case, request a delay in rendering a decision and, that the court grant an EXTENSION IN TIME TO RESPOND TO SUMMARY JUDGMENT against me for the following reasons:

I was sent a large stack of paperwork and a disc 09/19/2024 indicating it was discovery. As such, I was unaware this was actually a new Summary Judgment Motion that required my response. Since it was labeled discovery, I did not realize this was a newly entered motion in the case. A law firm recently reviewed the case file and brought this to my attention. I am now requesting an extension of six weeks to respond to the Motion For Summary Judgment.

RESPECTFULLY SUBMITTED, this the 25th day of February, 2025.

KATRINA DANIELLE MATEEN

*In Pro Per*
12069 ▮ George Street
Gulfport, MS 39503

NOTICE OF THIS MOTION HAS BEEN SERVED TO THE DEFENDANT'S ATTORNEY OF RECORD.

Attorney's name: Jeffrey Bruni, ESQ

Office mailing address: Post Office Box 1780, Gulfport, MS 39502

Office telephone number: (228) 868-5811

Office facsimile: (228) 868-5795

*/s/ Katrina Mateen*